# Exhibit 33


TELESTO

27 Old Gloucester Street
London
WC1N 3AZ
United Kingdom

**Basalt Ventures Cash Statement**
425 Park Avenue
New York
NY 10022
United States of America

BVL01 - DKK Account

| Date | Type | Description | Credit | Debit | Balance |
|------|------|-------------|--------|-------|---------|
| 01-Jan-15 | Cash | Opening Balance | 0.00 | | 0.00 |
| 22-May-15 | Cash | CARLSBERG AS-B | 428,969.42 | | 428,969.42 |
| 22-May-15 | Cash | DANSKE BANK A/S | 4,817,124.46 | | 5,246,093.88 |
| 22-May-15 | Cash | DSV A/S | 328,059.85 | | 5,574,153.73 |
| 22-May-15 | Cash | AP MOELLER-MAERSK A/S-A | 4,154,161.33 | | 9,728,315.06 |
| 22-May-15 | Cash | AP MOELLER-MAERSK A/S-B | 4,156,271.91 | | 13,884,586.97 |
| 22-May-15 | Cash | NOVO NORDISK A/S-B | 8,631,091.63 | | 22,515,678.60 |
| 27-May-15 | Cash | FLSMIDTH & CO A/S | 192,769.28 | | 22,708,447.88 |
| 27-May-15 | Cash | NOVOZYMES A/S-B | 624,143.23 | | 23,332,591.11 |
| 27-May-15 | Cash | TDC A/S | 879,133.85 | | 24,211,724.96 |
| 27-May-15 | Cash | TRYG A/S | 273,343.14 | | 24,485,068.10 |
| 26-May-15 | Invoice | Invoice 00785 (Paid on behalf) | | -1,489,704.62 | 22,995,363.48 |
| 29-May-15 | Invoice | Invoice 00769 (Paid on behalf) | | -17,031,526.93 | 5,963,836.55 |
| 08-Jun-15 | FX | FX to USD | | -5,963,836.55 | -0.00 |
| 03-Jul-15 | Cash | COLOPLAST-B | 354,991.68 | | 354,991.68 |
| 16-Jul-16 | Cash | GN STORE NORD A/S DKK | 145,835.73 | | 500,827.41 |
| 16-Jul-16 | Cash | PANDORA A/S | 1,085,725.55 | | 1,586,552.96 |

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)

ELYSIUM-04773847



27 Old Gloucester Street
London
WC1N 3AZ
United Kingdom

| 16-Jul-16 | Cash | VESTAS WIND SYSTEMS A/S | 389,925.34 | | 1,976,478.30 |
|---|---|---|---|---|---|
| 20-Jul-15 | Invoice | Invoice 00887 (Paid on behalf) | | -268,526.24 | 1,707,952.06 |
| 07-Aug-15 | Invoice | Invoice 00990 (Paid on behalf) | | -1,226,540.56 | 481,411.50 |
| 11-Aug-15 | FX | FX to USD | | -481,411.50 | -0.00 |
| 01-Sep-15 | Cash | DKK Closing Balance | | | -0.00 |

### BVL01 - EUR Account

| Date | Type | Description | Credit | Debit | Balance |
|---|---|---|---|---|---|
| 01-Jan-15 | Cash | Opening Balance | 0.00 | | 0.00 |
| 01-Sep-15 | Cash | EUR Closing Balance | | | 0.00 |

### BVL01 - GBP Account

| Date | Type | Description | Credit | Debit | Balance |
|---|---|---|---|---|---|
| 01-Jan-15 | Cash | Opening Balance | 0.00 | | 0.00 |
| 01-Sep-15 | Cash | GBP Closing Balance | | | 0.00 |

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)

ELYSIUM-04773847



TELESTO

27 Old Gloucester Street
London
WC1N 3AZ
United Kingdom

BVL01 - USD Account

| Date | Type | Description | Credit | Debit | Balance |
|------|------|-------------|--------|-------|---------|
| 01-Jan-15 | Cash | Balance Brought Forward | 0.00 | | 0.00 |
| 28-Feb-15 | Invoice | Custody Clearing Fee | | -11,196.00 | -11,196.00 |
| 31-Mar-15 | Invoice | Custody Clearing Fee | | -10,731.00 | -21,927.00 |
| 30-Apr-15 | Invoice | Custody Clearing Fee | | -11,224.00 | -33,151.00 |
| 31-May-15 | Invoice | Custody Clearing Fee | | -10,986.00 | -44,137.00 |
| 08-Jun-15 | FX | FX from DKK | 889,129.56 | | 844,992.56 |
| 11-Jun-15 | Cash | Custody account transfer | 60639.96 | | 905,632.52 |
| 16-Jun-15 | Cash | Cash Withdrawal | | -775,000.00 | 130,632.52 |
| 30-Jun-15 | Invoice | Custody Clearing Fee | | -11,147.00 | 119,485.52 |
| 31-Jul-15 | Invoice | Custody Clearing Fee | | -10,984.00 | 108,501.52 |
| 07-Aug-15 | Invoice | Bastion Invoice Q1 (Paid on behalf) | | -186.60 | 108,314.92 |
| 07-Aug-15 | Invoice | TJM Invoice Q1 (Paid on behalf) | | -2,235.66 | 106,079.26 |
| 11-Aug-15 | FX | FX from DKK | 70,490.01 | | 176,569.27 |
| 17-Aug-15 | Invoice | Sunrise Invoice Q2 (Paid on behalf) | | -904.20 | 175,665.07 |
| 31-Aug-15 | Invoice | Custody Clearing Fee | | -11,204.00 | 164,461.07 |
| 01-Sep-15 | Cash | USD Closing Balance | | | 164,461.07 |

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)

ELYSIUM-04773847