# Exhibit 27, Part 6 of 15



**SYSTEMVEJLEDNING**

| | |
|---|---|
| • Ændringsmeddelelse - opgave tekst fra udsteder (TI20281v) | KI |
| • Ændringsmeddelelse - beholdningsoplysninger - aktier (TI20282v) | KI |
| • Ændringsmeddelelse - beholdningsoplysninger - obligationer (TI20283v) | KI |
| • Ændringsmeddelelse - kapitaloplysninger (TI20284v) | KI |
| • Ændringsmeddelelse - provenuoplysninger uden skat/afgift (TI20285v) | KI |
| • Ændringsmeddelelse - provenuoplysninger med skat/afgift (TI20339v) | KI |
| • Ændringsmeddelelse - betalingsoplysninger - udbytteaktier (TI20311v) | KI |
| • Udbyttemeddelelse - adresseoplysninger (TI20310v) | KI |
| • Udbyttemeddelelse - betalingsoplysninger (TI20312v) | KI |
| • Advisering til kontofører - beholdningsoplysninger - aktier (TI20286v) | KI |
| • Advisering til kontofører - beholdningsoplysninger - obligationer (TI20287v) | KI |
| • Advisering til kontofører - provenu oplysninger uden tilbageholdt skat/afgift (TI20288v) | KI |
| • Status på beholdning efter en afvikling af en corporate action (TI20289v) | KI |
| • Papiroplysninger - udbytte ved beregning (TI20315v) | KI |
| • Papiroplysninger - udbytteaktier ved beregning (TI20314v) | KI |
| • Udbytteoversigt - betalingsformidling til KI (TI20316v) | KI |
| • Udbytteoversigt - betalingsformidling til KI - udbytteaktier (TI20317v) | |
| • Advisering til ejerbogsfører - beholdningsoplysninger ifm. afvikling af en corporate action (TI20292v) | AB |
| • Advisering til ejerbogsfører - navne- og adresseoplysninger ifm. afvikling af en corporate action (TI20304v) | AB |
| • Ejerbogsførers navn og adresse (TI20306v) | AB |
| • Skift af ISIN på preadvice - tegning (TI20080v) | FH, PK, KI, ST |
| • Slut på selskabshændelse kørsel (TI20303v) | CD |

**Omregning af bruttoudbyttebeløb i valuta for provenutype = 3 (udbytte)**

| Info-meddelelser: | Modtager (kommentar): |
|---|---|
| • Start på periodisk kørsel – Omregning af provenu til basis valuta (TI20166v) | DC (behandling-af-provenu kode=4) |
| • Omregnede rente og bruttoudbytte til basisvaluta (TI20108v) | KI og PK |
| • Afslutning på periodisk kørsel - Omregning af provenu til basis valuta (TI20167v) | DC (behandling-af-provenu kode=4) |

**Dannelse af likviditetsoversigt for provenutype = 3 (udbytte)**

| Info-meddelelser: | Modtager (kommentar): |
|---|---|
| • Start på periodisk kørsel - Dannelse af likviditetsoversigt (TI20166v) | DC (behandling-af-provenu kode=2) |
| • Nettopåvirkning i likviditet pr. dispositionsdag (TI20182v) | PK |
| • Afslutning på periodisk kørsel – Dannelse af likviditetsoversigt (TI20167v) | DC (behandling-af-provenu kode=2) |

**Betalingsformidling for provenutype = 3 (udbytte)**

| Info-meddelelser: | Modtager (kommentar): |
|---|---|



## Systemvejledning

- Start på periodisk kørsel - Dannelse af betalingsformidling (TI20166v)    DC (behandling-af-provenu kode=3)
- Posteringsgrundlag pr. værdipapirkonto pr. pengekonto (TI20138v)    PK
- Posteringsgrundlag pr.debetkonto (TI20197v) *)    PK
- Posteringsgrundlag pr. afkast/afregningskonto (TI20198v)    PK
- Afstemningsoplysninger, periodiske betalinger (TI20106v) *)    UD
- Afslutning på periodisk kørsel – Dannelse af betalingsformidling (TI20167v)    DC (behandling-af-provenu kode=3)

### Dannelse af likviditetsoversigt for provenutype = 4 (ad hoc)
Info-meddelelser:    Modtager (kommentar):
- Start på periodisk kørsel - Dannelse af likviditetsoversigt (TI20166v)    DC (behandling-af-provenu kode=2)
- Nettopåvirkning i likviditet pr. dispositionsdag (TI20182v)    PK
- Afslutning på periodisk kørsel – Dannelse af likviditetsoversigt (TI20167v)    DC (behandling-af-provenu kode=2)

### Betalingsformidling for provenutype = 4 (ad hoc)
Info-meddelelser:    Modtager (kommentar):
- Start på periodisk kørsel - Dannelse af betalingsformidling (TI20166v)    DC (behandling-af-provenu kode=3)
- Posteringsgrundlag pr. værdipapirkonto pr. pengekonto (TI20138v)    PK
- Posteringsgrundlag pr.debetkonto (TI20197v)    PK
- Posteringsgrundlag pr. afkast/afregningskonto (TI20198v)    PK
- Afstemningsoplysninger, periodiske betalinger (TI20106v)    UD
- Afslutning på periodisk kørsel – Dannelse af betalingsformidling (TI20167v)    DC (behandling-af-provenu kode=3)

### Omregning af bruttoudbyttebeløb i valuta for provenutype = 5 (udbyttelignende udlodning)
Info-meddelelser:    Modtager (kommentar):
- Start på periodisk kørsel – Omregning af provenu til basis valuta (TI20166v)    DC (behandling-af-provenu kode=4)
- Omregnede rente og bruttoudbytte til basisvaluta (TI20108v)    KI og PK
- Afslutning på periodisk kørsel - Omregning af provenu til basis valuta (TI20167v)    DC (behandling-af-provenu kode=4)

### Dannelse af likviditetsoversigt for provenutype = 5 (udbyttelignende udlodning)
Info-meddelelser:    Modtager (kommentar):
- Start på periodisk kørsel - Dannelse af likviditetsoversigt (TI20166v)    DC (behandling-af-provenu kode=2)
- Nettopåvirkning i likviditet pr. dispositionsdag (TI20182v)    PK
- Afslutning på periodisk kørsel – Dannelse af likviditetsoversigt (TI20167v)    DC (behandling-af-provenu kode=2)

### Betalingsformidling for provenutype = 5 (udbyttelignende udlodning)
Info-meddelelser:    Modtager (kommentar):
- Start på periodisk kørsel - Dannelse af betalingsformidling (TI20166v)    DC (behandling-af-provenu kode=3)
- Posteringsgrundlag pr. værdipapirkonto pr. pengekonto (TI20138v)    PK
- Posteringsgrundlag pr. debetkonto (TI20197v)    PK
- Posteringsgrundlag pr. afkast/afregningskonto (TI20198v)    PK
- Afstemningsoplysninger, periodiske betalinger (TI20106v)    UD



**SYSTEMVEJLEDNING**

---

| | |
|---|---|
| • Afslutning på periodisk kørsel – Dannelse af betalingsformidling (TI20167v) | DC (behandling-af-provenu kode=3) |

**Omregning af bruttoudbyttebeløb i valuta for provenutype = 6 (teknisk udbytte)**
Info-meddelelser:

| | |
|---|---|
| | Modtager (kommentar): |
| • Start på periodisk kørsel – Omregning af provenu til basis valuta (TI20166v) | DC (behandling-af-provenu kode=4) |
| • Omregnede rente og bruttoudbytte til basisvaluta (TI20108v) | KI og PK |
| • Afslutning på periodisk kørsel - Omregning af provenu til basis valuta (TI20167v) | DC (behandling-af-provenu kode=4) |

**U2 - skattekørsel**
Info-meddelelser:

| | |
|---|---|
| | Modtager (kommentar): |
| • Afstemning udbytte - total U2 - skattekørsel (TI20331v) | UD |
| • Papiroplysninger udbytte ved U2 - skattekørsel (TI20332v) | KI |
| • Oversigt over udbytteskat til KI (TI20321v) | KI |
| • Afslutning på U2 - skattekørsel (TI20242v) | DC (behandling-af-provenu kode=26) |

\*) I infoen vil aktieselskabs identen være angivet, som udstedende institut.

**Udbytteforespørgsler**

**Forespørgsel på provenu**
**KI (TR20113v)**
Info-meddelelser:

| | |
|---|---|
| | Modtager (kommentar): |
| • Svar på forespørgsel, provenu (TI20155v) | KI |

**Udbyttetransaktioner**
**Korrektion af omregnet rente- eller bruttoudbyttebeløb**
**PK/KI (TC20104v)**
Info-meddelelser:

| | |
|---|---|
| | Modtager (kommentar): |
| • Korrektion af rente og bruttoudbytte (TI20128v) | KI og PK |

**Udbytteflytning**
**KI (TC20027v)**
Info-meddelelser:

| | |
|---|---|
| | Modtager (kommentar): |
| • Udbytteflytning til KI (TI20323v) | KI |
| • Ændring af udbytteskat til udstederansvarlig (TI20328v) | UD (Dannes kun hvis der sker ændring i udbytteskat overfor udsteder, og kun indtil U2 - skattekørsel har fundet sted.) |

**Ændring af anvendt udbytteerklæring**
**KI (TU20081v)**
Info-meddelelser:

| | |
|---|---|
| | Modtager (kommentar): |
| • Ændring af anvendt udbytteerklærig til KI (TI20322v) | KI |



## SYSTEMVEJLEDNING

- Ændring af udbytteskat til udstederansvarlig (TI20328v)

UD (Dannes kun hvis der sker ændring i udbytteskat overfor udsteder, og kun indtil U2 - skattekørsel har fundet sted.)

**Ændring af udbytteskat**
**KI (TU20029v)**
Info-meddelelser:
- Ændring af udbytteskat til KI efter U2 - skattekørsel (TI20324v)

Modtager (kommentar):
KI

Fælles funktion for rente, udtrækning, udbytte og ad hoc

**Pengekontrollen**
Info-meddelelser:
- Start på en afviklingskørsel (TI20213v)
- Status på afviklingskørsel (TI20007v)
- Bogføringsposter fra en afviklingskørsel - kopi (TI20034v)
- Afslutning på en afviklingskørsel (TI20214v)

Modtager (kommentar):
DC
DC
BS
DC

## Systemoverblik for automatisk pant

Panteret - transaktion, indsender, infoer og modtager

**Annullering af panteretsønske**
**PK (TU20079v)**
Info-meddelelser:
- Annulleret panteretsønske (TI20179v)

Modtager (kommentar):
PK, KI

**Vis panteret pr. pantehaver**
**KI (TR20090v)**
Info-meddelelser:
- Panteret pr. pantehaver (TI20193v)

Modtager (kommentar):
KI

**Nedskrivning/ophævelse af panteret**
**PK (TU20080v)**
Info-meddelelser:
- Nedskrevet/ophævet panteret (TI20180v)
- Etableret panteret fra en afviklingskørsel (TI20181v)

Modtager (kommentar):
PK's AH, KI

Sikkerhedsaftaler - positivlisten - transaktion, indsender, infoer og modtager

**Tilføj handelsprodukt på positivliste**
**BS (TC20085v)**
Info-meddelelser:
- Tilføjelse på positivliste (TI20187v)

Modtager (kommentar):
BS
Långivers AH,
Låntagers AH



**SYSTEMVEJLEDNING**

---

**Ændring af værdikoefficient på handelsprodukt på positivliste**
**BS (TU20085v)**
Info-meddelelser:
- Ændret koefficient på positivliste (TI20196v)

Modtager (kommentar):
BS,
Långivers AH,
Låntagers AH

**Sletning af handelsprodukt på positivliste**
**BS (TU20085v)**
Info-meddelelser:
- Fjernet fra positivliste (TI20195v)

Modtager (kommentar):
BS,
Långivers AH,
Låntagers AH

**Vis positivliste Låntagers AH, KI, Långivers AH, BS**
**(TR20089v)**
Info-meddelelser:
- Handelsprodukt på positivliste (TI20192v) *

Modtager (kommentar):
Låntagers AH, KI,
Långivers AH, BS

**Vis afviklingsdagens positivliste for sikkerhedsret**
**Låntagers AH, KI, Långivers AH, BS (TR20225v)**
Info-meddelelser:
- Handelsprodukt på afviklingsdagens positivliste (TI20204v)∗

Modtager (kommentar):
Låntagers AH, KI,
Långivers AH, BS

Sikkerhedsaftaler - låntagersiden - transaktion, indsender, infoer og modtager

**Tilknyt VP-konto til sikkerhedsretsaftale**
**KI (TC20086v)**
Info-meddelelser:
- Depot tilknyttet sikkerhedsretsaftale (TI20183v) [3]

Modtager (kommentar):
KI,
Låntagers AH
Långivers AH

- Ændret låntagersloft (TI20191v) [2)]

KI,
Låntagers AH

- Handelsprodukt på positivliste (TI20192v) [3)]

Låntagers AH

- Ændret sikkerhedsværdi (TI20219v) [4)]

Låntagers AH

**Ændre låntagerloft**
**KI (TU20086v)**
Info-meddelelser:

Modtager (kommentar):

---

* Info'en kommer kun, såfremt forespørgslen foretages via LU 6.2

[3] Sendes kun til långivers AH ved tilknytning af første VP-konto til en sikkerhedsretsaftale, svarende til oprettelsen af selve sikkerhedsretsaftalen.

[2)] Sendes ved oprettelse af selve sikkerhedsretsaftalen (dvs. tilknytning af første VP-konto) samt ved tilknytning af efterfølgende VP-konti til sikkerhedsretsaftalen, hvor loft-indikator og/eller loft ændres.

[3)] Sendes ved oprettelse af sikkerhedsretsaftalen, dvs. tilknytning af første VP-konto.

[4)] Sendes kun ved tilknytning/fjernelse af VP-konti til accepterede sikkerhedsretsaftaler, hvor sikkerhedsværdien ændres.



**S**YSTEMVEJLEDNING

---

| | |
|---|---|
| • Ændret låntagerloft (TI20191v) | KI,<br>Låntagers AH |

**Fjern VP-konto fra sikkerhedsretsaftale**
**KI (TD20086v)**
Info-meddelelser:                                           Modtager (kommentar):
• Depot fjernet fra sikkerhedsretsaftale (TI20186v) [5]     KI,
                                                            Långivers AH,
                                                            Låntagers AH
• Ændret sikkerhedsværdi (TI20219v) [6]                     Låntagers AH

**Vis sikkerhedsretsaftale**
**Låntagers AH, KI (TR20083v)**
Info-meddelelser:                                           Modtager (kommentar):
• Oplysning om en sikkerhedsretsaftale (TI20188v)           Låntagers AH, KI

**Vis sikkerhedsværdi af fremtidige handler**
**Låntagers AH, KI (TR20095v)**
Info-meddelelser:                                           Modtager (kommentar):
• Sikkerhedsværdien af fremtidige handler (TI20194v)        Låntagers AH, KI

**Vis sikkerhedsværdi af fremtidige handler uden penge**
**Låntagers AH, KI (TR20361v)**
Info-meddelelser:                                           Modtager (kommentar):
• Sikkerhedsværdien af fremtidige handler uden penge (TI20210v)   Låntagers AH, KI

Sikkerhedsaftaler - långiversiden - transaktion, indsender, infoer og modtager

**Accept af sikkerhedsretsaftale**
**BS (TC20087v)**
Info-meddelelser:                                           Modtager (kommentar):
• Ændret sikkerhedsretsaftale (långiveroplysninger) (TI20190v)   BS,
                                                            Låntagers AH
                                                            Långivers AH
                                                            Samtlige KI'ere på aftalen
• Ændret sikkerhedsværdi (TI20219v)                         Låntagers AH

**Ændring af långiverloft**
**BS (TU20087v)**
Info-meddelelser:                                           Modtager (kommentar):
• Ændret långiverloft (TI20212v)                            BS,
                                                            Långivers AH,
                                                            Låntagers AH

**Fjern accept fra (suspender) sikkerhedsretsaftale**
**BS (TD20087v)**
Info-meddelelser:                                           Modtager (kommentar):

---

[5] Sendes kun til långivers AH ved fjernelse af sidste VP-konto til en sikkerhedsretsaftale, svarende til ophævelse af
sikkerhedsretsaftalen.
[6] Sendes kun ved tilknytning/fjernelse af VP-konti til accepterede sikkerhedsretsaftaler, hvor sikkerhedsværdien ændres.



**SYSTEMVEJLEDNING**

---

| • | Ændret sikkerhedsretsaftale (långiveroplysninger) (TI20190v) | BS, Långivers AH, Låntagers AH Samtlige KI'ere på aftalen |

**Nedskriv sikkerhedstræk**
**BS (TU20084v)**
Info-meddelelser:

| • | Nedskrevet sikkerhedstræk (TI20184v) | Modtager (kommentar): BS, Långivers AH, Låntagers AH |

**Sikkerhedsaftaler - batch - transaktion, infoer og modtager**

Info-meddelelser:

| • | Sikkerhedsværdi ved start af nyt afviklingsdøgn (TI20185v) | Modtager (kommentar): Låntagers AH |
| • | Ændret sikkerhedsværdi i en afviklingskørsel (TI20216v) | Låntagers AH |
| • | Sikkerhedstræk fra en afviklingskørsel – indirekte clearingdeltager (TI20189v) | Långivers AH, Låntagers AH |

**Fastholdelse af sikkerhedsret - transaktion, indsender, infoer og modtager**

**Etablering af fastholdelse af sikkerhedsret**
**BS (TC20320v)**
**VP**
Info-meddelelser:

| • | Oplysninger om fastholdelse af sikkerhedsret til anmelder (TI20218v) | Modtager (kommentar): Långivers BS |
| • | Nedskrevet sikkerhedstræk (TI20184v) 1) | Långivers AH, Låntagers AH |
| • | Ændret sikkerhedsværdi (TI20219v) 2) | Låntagers AH |
| • | Oplysning om rettighed (TI20220v) 2) 3) | Långivers AH, Modtagende KI |
| • | Status på beholdning (TI20047v) 2) | Långivers AH, Låntagers AH Berørte KI'ere |

**Når fastholdelsen er gennemført fuldt ud**

| • | Afviklet fastholdelse af sikkerhedsret til anmelder (TI20217v) | Långivers BS |

1) Hvis der på indrapporteringstidspunktet er en eller flere ISIN-udelukkelser, dannes infoen på indrapporteringstidspunktet, og ved hvert ophør af en ISIN-udelukkelse indtil sikkerhedstrækket er dækket.

2) Sendes kun til långivers AH ved tilknytning af første VP-konto til en sikkerhedsretsaftale, svarende til oprettelsen af selve sikkerhedsretsaftalen.

3) Infoen dannes kun, hvis der er anmeldt en rettighed på afgivende VP-konto.



**SYSTEMVEJLEDNING**

## Systemoverblik for clearing og settlement

### Sammenhænge mellem transaktioner og info-meddelelser

Denne sammenhæng er skitseret ved nogle tegninger i seperat dokument kaldet Appendiks A

### Ændringer afledt af euroens indførelse.

**Handelsafvikling**
Info-meddelelser:                                                   Modtager (kommentar):
- Specifikation af beløb, bogført i anden valuta end afviklingsvalutaen      BS
  (TI20093v) a)

**Tegningsblok 14**
Info-meddelelser:                                                   Modtager (kommentar):
- Specifikation af beløb, bogført i anden valuta end afviklingsvalutaen      BS
  (TI20093v) e)

**PVP-afvikling**
Info-meddelelser:                                                   Modtager (kommentar):
- Start på en PVP-afviklingskørsel (TI20098v)                       DC
- Manglende dækning i en PVP-afviklingskørsel (TI20097v) b)          NB
- Manglende dækning i en PVP-afviklingskørsel (TI20094v) b)          BS
- Status på en PVP-afviklingskørsel (TI20096v) b)                   DC
- Manglende dækning i en PVP-afviklingskørsel (TI20095v) c)          GS
- Specifikation af beløb, der skal overføres til likviditetsstiller GS
  (TI20085v) c) d)
- Bogføringsposter fra en afviklingskørsel - kopi (TI20034v)        BS
- Afslutning på en PVP-afviklingskørsel (TI20099v)                  DC

**Flyt PVP engagementer til likviditetsstiller**
Info-meddelelser:                                                   Modtager (kommentar):
- Specifikation af beløb, overført til likviditetsstiller (TI20083v) BS
- Specifikation af beløb, overført til likviditetsstiller (TI20081v) d)  GS

**Etablering af en PVP-afviklingskørsel**
Info-meddelelser:                                                   Modtager (kommentar):
- Nyoprettet PVP-afviklingskørsel (TI20025v)                        DC

**Ved sletning af en PVP-afviklingskørsel**
Info-meddelelser:                                                   Modtager (kommentar):
- Slettet PVP-afviklingskørsel (TI20026v)                           DC

a)    Sendes, hvis handelen er i euro og handelen er medtaget i en af følgende handelsafviklinger: blok
      10, blok 20 eller blok 30.

b)    Sendes når PVP-afviklingen er nødlidende (1., 2., 3. og ved 4. pengekontrol).

c)    Sendes når pengekontrollen er gentaget (2., 3. og ved 4. pengekontrol)



SYSTEMVEJLEDNING

---

d)    Infoen indeholder nettobeløbet pr. afvikling, pr. deltager, der er nødlidende.

e)    Sendes hvis provenuet er i euro.

## Systemoverblik for papirfilter for udenlandske værdipapirer

Papirfilter for udenlandske værdipapirer - transaktion, indsender, infoer og modtager

**VP**
Info-meddelelser:                                                          Modtager (kommentar):
- Oprettelse af ny ISIN i deltagerens papirfilter (TI20176v)              AH

Forespørgsel på VP's basisregister over udenlandske værdipapirer
AH, KI, FH, PK, ST (TR20368v)
Info-meddelelser:                                                          Modtager (kommentar):
- Udenlandske værdipapirer i VP's basisregister (TI20174v)                Anmelder

Forespørgsel på deltagerens papirfilter AH, KI, FH, PK (TR20369v)
Info-meddelelser:                                                          Modtager (kommentar):
- Udenlandske værdipapirer i deltagerens papirfilter (TI20175v)           Anmelder

Sletning af udenlandske værdipapirer i eget papirfilter AH (TD20369v)
Info-meddelelser:                                                          Modtager (kommentar):
- Sletning af udenlandske værdipapirer i deltagerens papirfilter          AH
  (TI20226v)

Etablering af udenlandske værdipapirer i eget papirfilter AH (TC20380v)
Info-meddelelser:                                                          Modtager (kommentar):

## Systemoverblik for investeringsforeningsklassifikationer

Investeringsklassifikation - transaktion, indsender, infoer og modtager

**VP**
Info-meddelelser:                                                          Modtager (kommentar):
- Ekstrakt af investeringsforeningsklassifikation (TI20230v)              DC

Etablering af investeringsforeningsklassifikation UD (TC20381v)
Info-meddelelser:                                                          Modtager (kommentar):
- Etablering af investeringsforeningsklassifikation (TI20227v)            DC

Ændring af investeringsforeningsklassifikation UD (TU20381v)
Info-meddelelser:                                                          Modtager (kommentar):
- Ændring af investeringsforeningsklassifikation (TI20228v)               DC

Sletning af investeringsforeningsklassifikation UD (TD20381v)
Info-meddelelser:                                                          Modtager (kommentar):
- Sletning af investeringsforeningsklassifikation (TI20229v)              DC



SYSTEMVEJLEDNING

---

# 03 Funktionsbeskrivelser

Alle refererede infonumre og transaktionsnumre er beskrevet med versionsnummer=v. (f.eks. TC20182v)

## Clearing og Settlement

### Gennemførelse af en afviklingskørsel

**Formål:**
At kontrollere, om handler kan gennemføres, og afvikle og betalingsformidle de godkendte handler.

**Behandling i VP:**
Som start og afslutning på en afviklingskørsel dannes meddelelse til datacentrene om, at afviklingskørselen er påbegyndt/afsluttet.

**Værdi af sikkerhedsretsaftaler:**
Ved starten af dagens første afviklingskørsel (inden gennemførelse af afviklingen) beregnes værdien af sikkerhedsretsaftaler. Den beregnede værdi af aftalerne dokumenteres i en særskilt info-meddelelse.

Se i øvrigt Sikkerhedsretten om sikkerhedsretsaftalers anvendelse i handelsafviklingen.

**Handler, der kan afvikles:**
Den enkelte værdipapirkonto opdateres med den for afviklingskørselen totale til-og/eller fragang i:
- mængde
- navnenoteret mængde
- udtrukket mængde

For hver primær betalingsstiller (clearingdeltagere, der fører pengekonti i Danmarks Nationalbank) optælles pr. valuta den totale til- og/eller fragang i handelsbeløb, der skal bogføres i Danmarks Nationalbank eller Den Europæiske Centralbank. Beløbene er summen af henholdsvis til- og/eller fragang i den aktuelle afviklingskørsel af:
- egne handler
- handler foretaget af deltagere, som den primære betalingsstiller har tildelt et trækningsmaksimum
- ikke-deltageres handler, som den primære betalingsstiller har indrapporteret på ikke-deltageres vegne

De gennemførte handler markeres, så det fremgår, at afvikling er foretaget.

**Handler, der ikke kan afvikles:**
Handler afvises, hvis den ønskede afviklingsdag er overskredet med 20 dage, og den aktuelle afviklingskørsel er afviklingsdagens sidste eller den sidste, hvori den angivne valuta indgår.

De afviste handler markeres, så det fremgår, at afvikling ikke kan foretages.

**Handler, der udskydes til senere afvikling:**
Handler, der har fundet makker, men som ikke er klar til afvikling, udskydes til førstkommende afviklingskørsel af samme type, hvor de igen vil blive forsøgt gennemført.

Der kan være følgende årsager til, at en handel udskydes:
- den angivne ISIN er udelukket fra afvikling
- preadvice mangler instruct
- modpart har ikke indsendt instruct

SYSTEMVEJLEDNING

---

- manglende dækning i beholdning
- manglende dækning i penge (i forhold til sikkerhedsværdi og/eller trækningsmaksimum)

**Annullering af udløbne instruktioner:**
Ikke gennemførte handler i den aktuelle afviklingskørsel kontrolleres for, om instruktionen stadig er gældende. Hvis det ikke er tilfældet, annulleres instruktionen.

De pågældende preadvices markeres med, at instruktion er udløbet.

**Tilladt trækningsmaksimum:**
For clearingdeltagere med afviklingskonto i Danmarks Nationalbank (primære betalingsstillere) modtages der et nyt tilladt trækningsmaksimum fra Danmarks Nationalbank eller fra Den Europæiske Centralbank før hver afviklingskørsel. For øvrige clearingdeltagere føres nettovirkningen af det gældende trækningsmaksimum videre fra den ene afviklingskørsel til den næste. Det forbrugte træk vil dog blive nulstillet ved afslutningen af hver afviklingsdag. Det samme vil ske, hvis et nyt tilladt trækningsmaksimum indsendes.

Er der angivet en udløbsdato (afviklingsdato) i det tilladte trækningsmaksimum, nulstilles og lukkes dette automatisk efter den pågældende afviklingsdags sidste afviklingskørsel.

**Behandling hos centraldeltager:**
Hvis et preadvice er blevet udskudt fra en afviklingskørsel, skal det undersøges, om årsagen til udskydelsen kan afhjælpes.

Hvis et preadvice har fået annulleret sin instruktion, skal det afgøres, om en ny skal indsendes.

Ved afvisning af et preadvice skal et nyt preadvice med tilhørende instruktion indsendes, hvis handlen ønskes gennemført.

**Uddata:**
Der dannes bogføringsposter til Danmarks Nationalbank eller Den Europæiske Centralbank og info-meddelelser fra afviklingskørselen.


## Udelukkelse af ISIN's fra afvikling

**Formål:**
At sikre, at der ikke kan flyttes beholdninger i en eller flere ISIN's i forbindelse med gennemførelse af den type periodiske kørseler, der påvirker beholdningens størrelse.

**Behandling i VP:**
Når en periodisk kørsel, der påvirker beholdningens størrelse, fx udtrækning, bliver registreret i fondsregistret, gives der samtidig information til datacentrene om, hvilke ISIN's der vil blive udelukket og fra hvilket tidspunkt udelukkelsen er gældende.

For anmeldelser i de udelukkede ISIN's er der følgende konsekvenser:
- handler udskydes til den førstkommende afviklings kørsel af samme type
- overførsler og hovedbogsbevægelser lægges i venteposition ("postkasse") indtil udelukkelsen ikke længere er gældende
- strakspreadvices og multioverførsler afvises, så længe udelukkelsen er gældende

Ved afslutning af hver periodisk kørsel, ophæves udelukkelsen af de involverede ISIN's, hvorefter handler i disse igen medtages i afviklingskørseler og overførsler, hovedbogsbevægelser og strakspreadvices kan afvikles.



SYSTEMVEJLEDNING

Der gives information om ophævelsen til datacentrene.

**Behandling hos centraldeltager:**
Ud fra de adviserede udelukkelser skal deltagerne være opmærksomme på, i hvilke tidsrum afviklingen kan blive påvirket af udelukkede ISIN's.

**Uddata:**
Der dannes info-meddelelser om henholdsvis udelukkelse og ophævelse af ISIN's til de involverede parter.

### Foruddefinerede afviklingskørsler

**Formål:**
At give deltagerne information om, hvilke fremtidige afviklingsdage/-kørsler det er muligt, at foretage anmeldelser til.

**Behandling i VP:**
Der vil som minimum være afviklingsdage/-kørsler for en periode af 12 måneder tilgængeligt. Som standard er der oprettet 6 handelsafviklingskørsler pr. dag. Tidspunktet for de enkelte kørsler fremgår af de udsendte info-meddelelser.

**Behandling hos centraldeltager:**
Der kan anmeldes handler til følgende handelsafviklingsblokke:

| | |
|----|----------|
| 10 | DKK, EUR |
| 20 | DKK, EUR |
| 30 | DKK, EUR |
| 40 | DKK |
| 60 | DKK |
| 50 | EUR |

Derudover bliver følgende blokke anvendt i forbindelse med betalingsformidling:

| Blok nr. | Valuta |
|----------|--------|
| 05 | Udtrukne beløb fra statspapirer i DKK |
| 14 | Tegning og konvertering af konvertible obligationer i DKK og EUR |
| 33 | PVP - Levering af EUR mod DKK i forbindelse med EUR-handler afviklet i blok 10, 20 og 30. |
| 35 | Øvrige periodiske betalinger i DKK |
| 45 | Periodiske betalinger i EUR |
| 65 | Periodiske betalinger i ISK |
| 55 | Periodiske betalinger i SEK |

**Uddata:**
Der dannes info-meddelelser om oprettede/slettede afviklingskørsler.

### Forcering af transaktioner

**Nyanmeldt rettighedshaver:**
Der kræves forcering (forceringsmarkeringskode = 3), når der på værdipapirkontoen er anmeldt en rettighedshaver samme dag. Forceringskravet gælder fra rettigheden er registreret i "daglig journal" og resten af det pågældende afviklingsdøgn samt den efterfølgende aften/nat i nyt afviklingsdøgn til og med nattens sidste afviklingskørsel, p.t. blok 30 med retsvirkningstidspunkt kl. 06.00.



SYSTEMVEJLEDNING

---

**Kontostatus:**
Der kræves forcering (forceringsmarkeringskode = 2), når værdipapirkontoen er forsynet med kontostatus. Der skal forceres fra det tidspunkt kontostatus er registreret i VP og indtil kontostatus slettes (on-line registrering).

## Meddelelse om manglende dækning på grund af udtrækning

**Formål:**
At informere om handler til førstkommende blok 10, som ikke vil kunne gennemføres på grund af manglende dækning i beholdning, forårsaget af en udtrækningskørsel (udtræk-1).

**Behandling i VP:**
Umiddelbart efter at udtrækningskørslen er afviklet, gennemfører VP en foreløbig beholdningskontrol, der kontrollerer alle fragange i de beholdninger, som har deltaget i udtrækningen.

På VP-konti, hvor der konstateres overtræk, udsendes altid en meddelelse om den manglende mængde til det kontoførende institut.

I de tilfælde, hvor en afviklingsansvarlig (FH/ST) er modpart i en privat handel i overtræk, får den afviklingsanvarlige også en meddelelse.

I de tilfælde, hvor et fjernmedlem (ST) er modpart i en privat handel i overtræk, får fjernmedlemmet også en meddelelse.

Hvis anmelderen er forskellig fra "handlet-for", vil anmelderen også modtage en meddelelse.

**Behandling hos centraldeltager:**
De handler, hvorpå der er givet meddelelse om overtræk, vil kun kunne gennemføres, hvis handlerne korrigeres, inden blok 10 påbegyndes. Det kan gøres på to måder. Enten ved at nedskrive handlen med den udtrukne mængde eller ved at tilføre VP-kontoen en mængde svarende til den udtrukne.

**Uddata:**
Der dannes følgende info-meddelelser:

| | |
|---|---|
| TI20222v | Manglende dækning i foreløbig beholdningskontrol efter udtrækning |
| TI20223v | Manglende dækning hos modpart i foreløbig beholdningskontrol efter udtrækning |

## Annullering af handelsafvikling i en afviklingskørsel

Annullering af handelsafvikling i en afviklingskørsel kan forekomme i de situationer, hvor VP på grund af problemer er kommet bagud med afvikling.

I forbindelse med annullering af en afviklingskørsel udsendes information via AbonnementService, 'status på VP-systemet', med beskrivelse af, hvorledes situationen skal håndteres. Vær specielt opmærksom på følgende forhold:

**Instructs**
Uanset at der ikke finder handelsafvikling sted, vil gennemførelsen af afviklingskørslen uden handelsafvikling tælle med i det antal gange, instructen har været brugt. Det betyder, at handler, der er instructet med en gyldighed på en kørsel, skal reinstructes for at være med i den efterfølgende ordinære kørsel.



**SYSTEMVEJLEDNING**

---

### Preadvice
Et preadvice's levetid - afviklingsdagen plus de 20 efterfølgende afviklingsdage - påvirkes ikke af, at en eller flere afviklingskørsler i perioden har været uden handelsafvikling.

### Etablering af overførsel (TC20001v)

**Formål:**
At overføre en specifik beholdning fra en værdipapirkonto til en anden.

**Behandling hos centraldeltager:**
Transaktionen indrapporteres af det afgivende kontoførende institut (KI) eller af et opdateringsrelateret afgivende KI.

**Bemærk**
Såfremt overførslen bliver gennemført vil den få retsvirkning fra det tidspunkt (accepttidspunkt), der er angivet i OK-svaret på transaktionen.

Eventuel indberetning til Danmarks Nationalbank af en overførsel mellem en valutaindlænding og en valutaudlænding skal foretages af det kontoførende institut, der fører værdipapirkontoen for valutaindlændingen.

Udtrukne obligationsbeholdninger indrapporteres separat med angivelse af, at den angivne mængde er udtrukket.

Transaktionen afvises ligeledes hvis det er en overførsel til en Link Up CSD, se Forretningsmæssigvejledning, Clearingvejledning Link Up-Markets.

**Forcering:**
Se beskrivelse i afsnit Forcering af transaktioner
For obligatorisk henholdsvis frivillig udfyldelse af transaktionens felter se nedenfor.

**Behandling i VP:**
Godkendte transaktioner opdateres på de involverede værdipapirkonti umiddelbart efter indrapporteringen.

Transaktionen afvises, hvis ISIN er udelukket på indrapporteringstidspunktet og følgende betingelser er opfyldt:
- "fra" værdipapirkontoen indgår i en sikkerhedsretsaftale og
- ISIN indgår på positivlisten og
- der er et gældende sikkerhedstræk

**Uddata:**
Som udgangspunkt sendes der altid info-meddelelser til de involverede parter som vist i afsnit 3. Ved sammenfald imellem parterne udsendes ud fra følgende princip:

| | |
|---|---|
| TI20011v | Overførselsoplysninger sendes til anmelder |
| TI20050v | Afviklet overførsel sendes til anmelder |
| TI20016v | Afviklet overførsel sendes kun til KI, når KI er forskellig fra anmelder |
| TI20047v | Status på beholdning sendes altid til KI |
| TI20219v | Ændret sikkerhedsværdi |

Ved afvisning af en overførsel sendes info:

| | |
|---|---|
| TI20053v | Afvisning af overførsel til anmelder |



**SYSTEMVEJLEDNING**

## DATAFELTER

| 02 ANMELDELSE | |
|---|---|
| 03 AFSENDER-REFERENCE | O |
| 02 AFGIVER-KI. (DELTAGER) | |
| 03 IDENTIFIKATION | O |
| 02 AFGIVER-KONTO. (VAERDIPAPIRKONTO) | |
| 03 NUMMER | O |
| 02 MODTAGER-KI. (DELTAGER) | |
| 03 IDENTIFIKATION | O |
| 02 MODTAGER-KONTO. (VAERDIPAPIRKONTO) | |
| 03 NUMMER | O |
| 02 HANDELSPRODUKT. | |
| 03 ISIN | O |
| 02 OVERFOERSEL | |
| 03 MAENGDE | O |
| 03 AFGIVER-SUB-IDENT-NUMMER | F |
| 03 MODTAGER-SUB-IDENT-NUMMER | F * |
| 03 INTERN-POSTERINGSTEKST | F |
| 03 EKSTERN-POSTERINGSTEKST | F |
| 03 NAVNENOTERINGSKODE | F |
| 03 UDTRUKKET-KODE | F |
| 03 REFERENCENUMMERSKIFT-KODE | F |
| 03 FORCERINGSMARKERINGSKODE | F |

O = obligatorisk, F = frivillig, *) = skal udfyldes ved overførsel til en CSD.
OBS: Det er ikke muligt at etablere overførsler til Link Up CSD'er.

NB. Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.


Etablering af preadvice (TC20002v)

Formål:
At indrapportere en handel af en specifik værdipapirbeholdning til senere afvikling.

Behandling hos centraldeltager:
Der er mulighed for at indrapportere 4 typer af preadvices:

| part: | | modpart: |
|---|---|---|
| 1. afviklingsansvarlig | - | Afviklingsansvarlig |
| 2. afviklingsansvarlig | - | ikke afviklingsansvarlig |
| 3. ikke afviklingsansvarlig | - | Afviklingsansvarlig |
| 4. ikke afviklingsansvarlig | - | ikke afviklingsansvarlig |

Hvis handlet-for deltager-ID eller BIC er udfyldt, skal part være en afviklingsansvarlig (FH, ST), og værdipapirkontoen for part skal have afviklingsgruppe "FH" eller "ST". Ellers skal værdipapirkontoen have afviklingsgruppe "AI", "UI" eller "PR"(ikke afviklingsansvarlig).

Hvis handlet-med deltager-ID eller BIC er udfyldt, skal modpart være en afviklingsansvarlig (FH, ST). Ellers skal den angivne værdipapirkonto for modpart have afviklingsgruppe "AI", "UI" eller PR"(ikke afviklingsansvarlig).



SYSTEMVEJLEDNING

---

Anmelder af preadvices af typerne 1 + 2 kan være en af følgende:
- en afviklingsansvarlig, som har adgang til værdipapir
  kontoen enten som kontoførende institut (KI) eller som
  opdateringsrelateret kontoførende institut
- en afviklingsansvarlig med handelsfuldmagt.

Anmelder af preadvices af typerne 3 + 4 kan være en af følgende:
Ved salg:
- kontoførende institut for værdipapirkontoen
- et opdateringsrelateret kontoførende institut
- en afviklingsansvarlig med handelsfuldmagt.

Ved køb, og hvor handelsbeløb er større end 0:+
- pengekontoførende institut (PK)
- et opdateringsrelateret pengekontoførende institut

Udtrukne obligationsbeholdninger indrapporteres separat med angivelse af, at den angivne mængde er udtrukket.

For O = obligatorisk henholdsvis F = frivillig udfyldelse af transaktionens felter, se datafelter.

**Dan modpart**
Når modpartens preadvice skal dannes automatisk (DAN-MODPART-KODE = 1), gælder følgende:

**Handler med beløb:**
Når der ses bort fra køb fra en ikke afviklingsansvarlig, hvor afviklingsansvarlig har handelsfuldmagt til værdipapirkontoen, kan koden kun anvendes inden for samme aftalehaver og kun for preadvices af typen 2 og 4.
Ved salg til en ikke afviklingsansvarlig skal fragangs-pengekontoen ligeledes føres under den samme aftalehaver.

**Handler uden beløb:**
Koden kan anvendes på tværs af aftalehavere, for preadvices af typen 2 og 4, i følgende situationer:
- salg til en ikke afviklingsansvarlig
- en afviklingsansvarligs køb fra en ikke afviklingsansvarlig, hvis afviklingsansvarlig har en handelsfuldmagt til værdipapirkontoen.

**Forcering:**
Hvis preadvice er med instruct, se beskrivelse i afsnit 3.1 Forcering

**Behandling i VP:**
Ved modtagelsen i VP forsøges et preadvice altid makkersøgt med et preadvice indrapporteret af den anden part i handlen.

**Makkersøgning:**
Alle typer preadvices makkersøges efter følgende kriterier:
- afviklingsdag skal være ens
- handelsdag skal være ens
- ønsket afviklingskørsel:



**SYSTEMVEJLEDNING**

- • 1) hvis ingen af parterne har udfyldt feltet, knyttes handlen til den første mulige afviklingskørsel på afviklingsdagen
  - • 2) hvis begge parter har udfyldt feltet, skal ønsket afviklingskørsel være ens. Handlen knyttes til den angivne afviklingskørsel.
- • ISIN skal være ens
- • mængde-tilgang-fragang-kode skal være "modsat"
- • mængde skal være ens
- • udtrukket-kode skal være ens:
  - • en evt. difference i handelsbeløb skal ligge inden for den tilladte tolerance på DKK 100,00 eller modværdien heraf i en anden valuta (NB. ved afvikling af handlen er det altid sælgers beløb, der anvendes som afregningsbeløb)
- • valuta skal være ens

Hvis part-sub-ident-nummer er udfyldt, skal det være lig med modpartens modpart-sub-ident-nummer og omvendt.

Hvis handlet for/handlet med deltager-ID BIC er udfyldt, fremfindes CD-identen og det er denne der matches på.

Hvis part KI BIC er udfyldt, fremfindes KI-identen og det er denne der matches på.

Derudover gælder følgende specifikke kriterier:

| 1. | | **afviklingsansvarlig - afviklingsansvarlig:** |
|---|---|---|
| | - | handlet-for skal være lig med modpartens handlet-med |
| | | |
| 2. | | **afviklingsansvarlig - ikke afviklingsansvarlig** |
| | - | handlet-for skal være lig med modpartens handlet-med |
| | - | modpart-ki skal være lig med modpartens part-ki |
| | - | modpart-konto skal være lig med modpartens part-konto eller BIC-modpart-vp-konto skal være lig med modpartens BIC-part-vp-konto |
| | | |
| | | Hvis følgende er udfyldt, og afviklingsansvarlig køber (dvs. det er en tilgang i mængde), skal: |
| | - | modpart-ikke-deltager (betalingssted) være lig med modpartens part-ikke-deltager (betalingssted) og modpart-ikke-deltagers-penge-kto være lig med modpartens part-ikke-deltagers-penge-kto. |
| | | NB. Hvis afviklingsansvarlig sælger (dvs. det er en fragang i mængde), bliver der ikke makkersøgt på felterne. Det vil i så fald være modpartens pengekonto, der er gældende, dvs. den konto, hvorfra pengene skal debiteres. |
| | | |
| 3. | | **ikke afviklingsansvarlig - afviklingsansvarlig:** |
| | - | handlet-med skal være lig med modpartens handlet-for |
| | - | part-ki skal være lig med modpartens modpart-ki |
| | - | part-konto skal være lig med modpartens modpart-konto |
| | | |
| | | Hvis følgende er udfyldt, og ikke afviklingsansvarlig sælger (dvs. det er en tilgang i mængde), skal: |
| | - | part-ikke-deltager (betalingssted) skal være lig med modpartens modpart-ikke-deltager (betalingssted-), hvis modpartens modpart-ikke-deltager er udfyldt |
| | - | part-ikke-deltagers-penge-kto skal være lig med modpartens modpart-ikke-deltagers-penge-kto, hvis modpartens modpart-ikke-deltagers-penge-kto er udfyldt |
| | | |
| 4. | | **ikke afviklingsansvarlig - ikke afviklingsansvarlig:** |
| | - | part-ki skal være lig med modpartens modpart-ki |
| | - | part-konto skal være lig med modpartens modpart-konto eller BIC-part-vp-konto skal være lige |



**SYSTEMVEJLEDNING**

| | | | |
|---|---|---|---|
| | | med modpartens BIC-modpart-vp-konto | |
| | | | |
| | Hvis følgende er udfyldt, og det er en tilgang i mængde, skal: | | |
| | - | modpart-ikke-deltager (betalingssted) være lig med modpartens part-ikke-deltager (betalingssted) og modpart-ikke-deltagers-penge-kto være lig med modpartens part-ikke-deltagers-penge-kto. | |
| | NB. Hvis det er en fragang i mængde, bliver der ikke makkersøgt på felterne. Det vil i så fald være modpartens pengekonto, der er gældende, dvs. den konto, hvorfra pengene skal debiteres. | | |
| | | | |
| | Godkendte transaktioner afvikles i den førstkommende henholdsvis den angivne afviklingskørsel. | | |

**Uddata:**
Som udgangspunkt sendes der altid info-meddelelser til de involverede parter. Ved sammenfald mellem disse udsendes ud fra følgende principper:

**Beholdningssiden**
**Ved modtagelse:**
Der sendes altid en info til anmelder (TI20022v) og der sendes info til handlet-med (TI20010v), hvis handlet-med er udfyldt, ellers sendes der til modpart-KI (TI20009v).

Når part er en afviklingsansvarlig, sendes info til handlet-for (TI20021v), hvis handlet-for er forskellig fra anmelder.

Når part er en ikke afviklingsansvarlig, sendes info til part-KI (TI20009v), hvis part-KI er forskellig fra anmelder.

**Ved makkersøgning:**
Der sendes info (TI20031v) til de samme parter som beskrevet ved modtagelse af preadvice.

**Pengesiden**
**Ved modtagelse:**
Hvis det er et salg til en ikke afviklingsansvarlig, og sælger samtidig angiver købers pengekonto, så sendes info (TI20027v) til købers pengekontofører, som er den, der skal godkende betalingen.

**Ved makkersøgning:**
Ved handel for en ikke afviklingsansvarlig sendes info (TI20060v) til pengekontoførende institut samt, hvis pengekontoføreren ikke er primær betalingsstiller(BS), info (TI20058v) til primær betalingsstiller(BS).

Ved handel for afviklingsansvarlig, som ikke er tilsluttet Nationalbankens betalingssystem i BEC som primær betalingsstiller, sendes info (TI20058v) til afviklingsansvarligs primære betalingsstiller(BS).

De samme infoer som nævnt ved makkersøgning sendes ved:
- annullering af preadvice
- udskydelse af handel
- når handlen er klar til afvikling (begge sider er instrueret)
- udløb af et instruct

**DATAFELTER**

| | Type 1 | Type 2 | Type 3 | Type 4 |
|---|---|---|---|---|
| 02 ANMELDELSE. | | | | |
|    03 AFSENDER-REFERENCE | O | O | O | O |
| 02 HANDLET-FOR. (DELTAGER) | | | | |
|    03 IDENTIFIKATION | O 12) | O 12) | / | / |



SYSTEMVEJLEDNING

| | | | | |
|---|---|---|---|---|
| 02 PART-KI. (DELTAGER) | | | | |
| 03 IDENTIFIKATION | O 14) | O 14) | O 14) | O 14) |
| 02 PART-KONTO. (VAERDIPAPIRKONTO) | | | | |
| 03 NUMMER | O | O | O | O |
| 02 HANDLET-MED. (DELTAGER) | | | | |
| 03 IDENTIFIKATION | O 13) | / | O 13) | / |
| 02 MODPART-KI. (DELTAGER) | | | | |
| 03 IDENTIFIKATION | / | O 15) | / | O 15) |
| 02 MODPART-KONTO. (VAERDIPAPIRKONTO) | | | | |
| 03 NUMMER. | / | F 11) | / | F 11) |
| 02 AFVIKLINGSDAG. | | | | |
| 03 AFVIKLINGS-DATO | O | O | O | O |
| 02 OENSKET-AFVIKLINGSKOERSEL. | | | | |
| 03 KOERSELSBLOK | F | F | F | F |
| 02 HANDELSPRODUKT. | | | | |
| 03 ISIN | O | O | O | O |
| 02 PART-IKKE-DELTAGER. (BETALINGSSTED) | | | | |
| 03 REGISTRERINGSNUMMER | / | / | O 1) | O 1) |
| 02 MODPART-IKKE-DELTAGER. (BETAL.STED) | | | | |
| 03 REGISTRERINGSNUMMER | / | F 3) | / | F 3) |
| 02 MODPART-ANMELDELSE. (ANMELDELSE) | | | | |
| 03 AFSENDER-REFERENCE | / | F 6) | / | F 6) |



**SYSTEMVEJLEDNING**

| 02 PREADVICE | | | | |
|---|---|---|---|---|
| 03 MAENGDE-TILGANG-FRAGANG-KODE | O | O | O | O |
| 03 MAENGDE | O | O | O | O |
| 03 BELOEB | F | F | F | F |
| 03 PART-SUB-IDENT-NUMMER | F | F | F | F |
| 03 MODPART-SUB-IDENT-NUMMER | F 2) | F | F 2) | F |
| 03 PART-IKKE-DELTAGERS-PENGE-KTO | / | / | O 1) | O 1) |
| 03 MODPART-IKKE-DELTAGERS-PENGE-KTO | / | F 3) | / | F 3) |
| 03 INTERN-POSTERINGSTEKST | F | F | F | F |
| 03 EKSTERN-POSTERINGSTEKST | F | F | F | F |
| 03 NAVNENOTERINGSKODE | F | F 8) | F | F 8) |
| 03 UDTRUKKET-KODE | F | F | F | F |
| 03 KONTANTFORBEHOLDSKODE | / | F 4) | / | / |
| 03 INSTRUCT-KODE | F | F | F | F |
| 03 GYLDIGHEDSPERIODEKODE | F 5) | F 5) | F 5) | F 5) |
| 03 DAN-MODPART-KODE | / | F 7) | / | F 7) |
| 03 FORCERINGSMARKERINGSKODE | F | F | F | F |
| 03 PANTERET-OENSKE-KODE | / | F 10) | F 9) | F 9) |
| 03 BIC-PART-VP-KONTO | / | / | F | F |
| 03 BIC-MODPART-VP-KONTO | / | F | / | F |
| 03 HANDELSDATO | O | O | O | O |
| 03 BIC-HANDLET-FOR | O 12) | O 12) | / | / |
| 03 BIC-PART-KI | O 14) | O 14) | O 14) | O 14) |
| 03 BIC-HANDLET-MED | O 13) | / | O 13) | / |
| 03 BIC-MODPART-KI | / | O 15) | / | O 15) |
| 02 VALUTA | | | | |
| 03 ISO-KODE | F | F | F | F |
| 02 PART-DELTAGER. (BETALINGSSTED) | | | | |
| 03 REGISTRERINGSNUMMER | F | F | / | / |
| 02 PART-DELTAGER-PENGEKONTO (KONTO-REFERENCE) | | | | |
| 03 NUMMER | F | F | / | / |

O = obligatorisk,          F = frivillig,   / = må ikke udfyldes

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

| 1) | = | må kun udfyldes når beløb > 0 |
|---|---|---|
| 2) | = | skal udfyldes ved handel med en CSD |
| 3) | = | skal udfyldes ved dan-modpart-kode = 1 og beløb > 0 |
| 4) | = | må kun anvendes af afviklingsansvarlig af typen (FH) og kun når preadvicet er en fragang uden beløb |
| 5) | = | må kun udfyldes ved instruct-kode = 1 |
| 6) | = | skal udfyldes ved dan-modpart-kode = 1 |
| 7) | = | hvis instruct-kode ikke udfyldes med kode = 1 (instruct skal genereres), bliver modparten heller ikke instructed. Dvs. begge sider skal efterfølgende instructes af anmelder, for at handlen kan gennemføres |
| 8) | = | hvis det er en fragang og dan-modpart-kode = 1 og navnenoteringskode = 1, så vil tilgangen blive navnenoteret. |
| 9) | = | må kun anvendes når preadvicet er en tilgang til en VP-konto af typen ikke-afviklingsansvarlig (AI, UI, PR) og handelsbeløb > 0 (handlen er med pengeclearing). |



**SYSTEMVEJLEDNING**

| | | |
|---|---|---|
| | | Kan desuden i en fragang angives med 1 hvis handelsbeløb > 0 |
| 10) | = | kan kun anvendes i forbindelse med dan modpart, hvor modparten er en ikke-afviklingsansvarlig. Modparten skal opfylde samme regel som for type 3 |
| 11) | = | hvis modpart-VP-konto ikke udfyldes, SKAL BIC-modpart-vp-konto være udfyldt. |
| 12) | = | Enten HANDLET-FOR (Deltager-ID) eller BIC-HANDLET-FOR  skal være udfyldt |
| 13) | = | Enten HANDLET-MED (Deltager-ID) eller BIC-HANDLET-MED skal være udfyldt |
| 14) | = | Enten PART-KI eller  BIC-PART-KI skal være udfyldt |
| 15) | = | Enten MODPART-KI eller BIC-MODPART-KI skal være udfyldt |

## Etablering af hovedbogsbevægelse (TC20003v)

**Formål:**
At opskrive eller nedskrive den cirkulerende mængde af et handelsprodukt.

**Behandling hos centraldeltager:**
Transaktionen indrapporteres af det udstedende institut (UD) eller et opdateringsrelateret udstedende institut.

Ved indfrielser kræves yderligere, at indsenderen også er kontoførende institut / opdateringsrelateret kontoførende institut for værdipapirkontoen.

Det angives i anmeldelsestype, om transaktionen er en emission eller en indfrielse.

**Bemærk**
- for handelsprodukter med matematisk udtrækning kan hovedbogsbevægelse indrapporteres indtil kl. 10.30 på trækningsdagen.
- hvis en hovedbogsbevægelse bliver gennemført, vil den få retsvirkning fra det tidspunkt (accepttidspunkt), der er angivet i OK-svaret på transaktionen.

**Forcering:**
Se Forcering af transaktioner
For obligatorisk henholdsvis frivillig udfyldelse af transaktionens felter se nedenfor.

**Behandling i VP:**
Godkendte transaktioner opdateres på handelsproduktets hovedbog og den angivne værdipapirkonto umiddelbart efter indrapporteringen.

Transaktionen afvises, hvis ISIN er udelukket på indrapporteringstidspunktet og følgende betingelser er opfyldt:
- det er en indfrielse og
- "fra" værdipapirkontoen indgår i en sikkerhedsretsaftale og
- ISIN indgår på positivlisten og
- der er et gældende sikkerhedtræk

**Uddata:**
Som udgangspunkt sendes der altid info-meddelelser til de involverede parter. Ved sammenfald imellem disse udsendes ud fra følgende princip:

| | |
|---|---|
| TI20023v | Hovedbogsbevægelsesoplysninger sendes til anmelder |
| TI20049v | Afviklet hovedbogsbevægelse sendes til anmelder |
| TI20017v | Afviklet hovedbogsbevægelse sendes kun til UD,når UD er forskellig fra anmelder |
| TI20004v | Status på hovedbog sendes altid til UD |



**SYSTEMVEJLEDNING**

| TI20012v | Afviklet hovedbogsbevægelse sendes kun til KI, når KI er forskellig fra anmelder eller KI er forskellig fra UD |
| TI20047v | Status på beholdning sendes altid til KI |
| TI20219v | Ændret sikkerhedsværdi |

Ved afvisning af en hovedbogsbevægelse sendes info:

| TI20055v | Afvisning af hovedbogsbevægelse til anmelder |

## DATAFELTER

| 02 ANMELDELSE | |
|---|---|
| 03 AFSENDER-REFERENCE | O |
| 02 KI. (DELTAGER) | |
| 03 IDENTIFIKATION | O |
| 02 VAERDIPAPIRKONTO. | |
| 03 NUMMER | O |
| 02 HANDELSPRODUKT | |
| 03 ISIN | O |
| 02 ANMELDELSESTYPE | |
| 03 KODE | O |
| 02 HOVEDBOGSBEVAEGELSE | |
| 03 MAENGDE | O |
| 03 INTERN-POSTERINGSTEKST | F |
| 03 EKSTERN-POSTERINGSTEKST | F |
| 03 NAVNENOTERINGSKODE | F |
| 03 FORCERINGSMARKERINGSKODE | F |

O = obligatorisk,  F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

## Etablering af straksadvice (TC20004v)

**Formål:**
At gennemføre en strakshandel af en specifik værdipapirbeholdning.

**Behandling hos centraldeltager:**
Anmelder af transaktionen skal være fondshandler (FH) eller storkunde (ST), der fører pengekonto til brug for afvikling af handler i Danmarks Nationalbank. For betaling i EUR skal anmelder føre en RTGS konto i Den Europæiske Centralbank. For betalingsfri handler er der ingen krav til pengekonto. Endvidere skal værdipapirkontoen have afviklingsgruppe "FH" eller "ST". Der skal altid indrapporteres af både den afgivende og den modtagende part i handlen.

Handlen kan være mod betaling eller betalingsfri.

**Forcering:**
Se beskrivelse i afsnit "Forcering af transaktioner"
For obligatorisk henholdsvis frivillig udfyldelse af transaktionens felter se nedenfor.

**S**YSTEMVEJLEDNING

---

**Behandling i VP:**
Et strakspreadvice forsøges altid makkersøgt med et strakspreadvice indrapporteret af den anden part ud fra følgende kriterier:

- anmelder skal være lig med modpartens handlet-med
- handelsdag skal være ens
- ISIN (skal være ens)
- mængde-tilgang-fragang-kode (skal være "modsat")
- mængde (skal være ens)
- beløb skal ligge inden for den tilladte tolerance på DKK 100,00 eller modværdien heraf i en anden valuta (NB. ved afvikling af handlen er det altid sælgers beløb, der anvendes som afregningsbeløb). Beløb kan være 0,00.
- valuta (skal være ens)

Hvis part-sub-ident-nummer er udfyldt, skal det være lig med modpartens modpart-sub-ident-nummer og omvendt.

**Bemærk**
Strakshandler, hvor betalingen ikke er blevet gennemført inden lukketiden for strakshandler, vil blive afvist. Afvikling af en strakshandel sker umiddelbart efter godkendelse af betalingen i Danmarks Nationalbank eller Den Europæiske Centralbank for afvikling i henholdsvis DKK og EUR. Afvikling af betalingsfri strakshandler sker umiddelbart efter beholdningskontrol.

**Uddata:**
Der dannes info-meddelelser til de involverede parter.

**DATAFELTER**

| | |
|---|---|
| 02 ANMELDELSE. | |
|    03 AFSENDER-REFERENCE | F |
| 02 PART-KI. (DELTAGER) | |
|    03 IDENTIFIKATION | F 1) |
| 02 PART-KONTO. (VAERDIPAPIRKONTO) | |
|    03 NUMMER | O |
| 02 HANDLET-MED. (DELTAGER) | |
|    03 IDENTIFIKATION | F 2) |
| 02 AFVIKLINGSDAG. | |
|    03 AFVIKLINGSDATO | F 3) |
| 02 HANDELSPRODUKT. | |
|    03 ISIN | O |
| 02 STRAKSPREADVICE. | |
|    03 MAENGDE-TILGANG-FRAGANG-KODE | O |
|    03 MAENGDE | O |
|    03 BELOEB | F 5) |
|    03 PART-SUB-IDENT-NUMMER | F |
|    03 MODPART-SUB-IDENT-NUMMER | F 4) |
|    03 INTERN-POSTERINGSTEKST | F |
|    03 EKSTERN-POSTERINGSTEKST | F |
|    03 NAVNENOTERINGSKODE | F |
|    03 FORCERINGSMARKERINGSKODE | F |
|    03 HANDELSDATO | O |
|    03 BIC-PART-KI | F 1) |
|    03 BIC-HANDLET-MED | F 2) |
| 02 VALUTA. | |



**SYSTEMVEJLEDNING**

| 03 ISO-KODE | F 5) |
|---|---|

O = obligatorisk, F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

| 1) | = | Enten PART-KI eller  BIC-PART-KI skal være udfyldt |
|---|---|---|
| 2) | = | Enten HANDLET-MED (Deltager-ID) eller BIC-HANDLET-MED skal være udfyldt |
| 3) | = | AFVIKLINGSDATO kan kun være dags dato. Hvis feltet ikke udfyldes indsættes dags dato automatisk. |
| 4) | = | Skal udfyldes ved handel med en CSD |
| 5) | = | Kan være med eller uden pengebeløb. ISO-kode er obligatorisk, hvis pengebeløb >0 |

### Annullering af preadvice (TU20005v)

**Formål:**
At annullere et tidligere indrapporteret preadvice.

**Behandling hos centraldeltager:**
Anmelder af transaktionen skal være:
- den oprindelige anmelder af preadvicet
- det kontoførende institut for den afgivende værdipapirkonto (KI)

**Bemærk**
- afsender-reference i annulleringstransaktionen skal være lig med afsender-referencen på det preadvice, der ønskes annulleret.

Hvis preadvicet er knyttet til en handel (begge parter har indrapporteret og instrueret), skal begge parter indrapportere en annulleringstransaktion.

For obligatorisk henholdsvis frivillig udfyldelse af transaktionens felter se nedenfor.

**Behandling i VP:**
Hvis preadvicet ikke er knyttet til en handel, annulleres preadvicet umiddelbart efter modtagelsen af annulleringstransaktionen, ellers annulleres de to preadvices først, når den sidste af parterne har indrapporteret sin annulleringstransaktion.

**Uddata:**
Der dannes info-meddelelser til de involverede parter.

### DATAFELTER

| 02 OPRINDELIG-ANMELDER. (DELTAGER) | |
|---|---|
| 03 IDENTIFIKATION | O |
| 02 OPRINDELIG-ANMELDELSE. (ANMELDELSE) | |
| 03 AFSENDER-REFERENCE | O |

O = obligatorisk,  F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.



**SYSTEMVEJLEDNING**

---

## Annullering af instruct til preadvice (TU20006v)

**Formål:**
At annullere instruktionen til et preadvice.

**Behandling hos centraldeltager:**
Anmelder af transaktionen skal være:
- den oprindelige anmelder af preadvicet
- det kontoførende institut for den afgivende værdipapirkonto (KI)

**Bemærk**
- afsender-reference i annulleringstransaktionen skal være lig med afsender-referencen på det preadvice, hvortil instruktionen ønskes annulleret.

Annullering kan IKKE foretages, hvis preadvicet har fundet makker, og begge parter har indrapporteret instruktion (se evt. under "Annullering af preadvice").

For obligatorisk henholdsvis frivillig udfyldelse af transaktionens felter se nedenfor.

**Behandling i VP:**
Godkendes annulleringstransaktionen, annulleres instruktionen umiddelbart efter modtagelsen. Samtidig blankstilles informationerne vedrørende gyldighedsperiodekode og forceringsmarkeringskode på preadvicet.

**Uddata:**
Der dannes info-meddelelser til de involverede parter.

### DATAFELTER

| 02 OPRINDELIG-ANMELDER. (DELTAGER) | |
|---|---|
| 03 IDENTIFIKATION | O |
| 02 OPRINDELIG-ANMELDELSE. (ANMELDELSE) | |
| 03 AFSENDER-REFERENCE | O |

O = obligatorisk, F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelse), vil denne blive isat ved modtagelsen i VP.

---

## Ophævelse af kontantforbehold (TU20007v)

**Formål:**
At ophæve et kontantforbehold i en handel.

**Behandling hos centraldeltager:**
Anmelder af transaktionen skal være den oprindelige anmelder af preadvicet på beholdningsfragangen.

**Bemærk**
- afsender-reference i ophævelsestransaktionen skal være lig med afsender-referencen på det preadvice, hvorpå ophævelse af kontantforbehold ønskes foretaget.

For obligatorisk henholdsvis frivillig udfyldelse af transaktionens felter se nedenfor.

SYSTEMVEJLEDNING

**Behandling i VP:**
Godkendes transaktionen, ophæves kontantforbeholdet umiddelbart efter modtagelsen.

**Uddata:**
Der dannes info-meddelelser til de involverede parter.

## DATAFELTER

| 02 OPRINDELIG-ANMELDER. (DELTAGER) | |
|---|---|
| 03 IDENTIFIKATION | O |
| 02 OPRINDELIG-ANMELDELSE. (ANMELDELSE) | |
| 03 AFSENDER-REFERENCE | O |

O = obligatorisk,  F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

### Etablering af instruct til preadvice (TU20008v)

**Formål:**
At ændre et preadvice til en endelig afviklingsinstruktion.

**Behandling hos centraldeltager:**
Anmelder af transaktionen skal være den oprindelige anmelder af preadvicet.

**Bemærk**
- afsender-reference i transaktionen skal være lig med afsender-referencen på det preadvice, der skal instrueres.
- hvis gyldighedsperiodekode ikke udfyldes, anvendes den for deltageren gældende defaultværdi.
- transaktionen vil blive afvist, hvis det preadvice, der skal instrueres, er knyttet til en handel (fundet makker) og handelen er knyttet til en igangværende afviklingskørsel.

**Forcering:**
Se beskrivelse i afsnit Forcering af transaktioner

For obligatorisk henholdsvis frivillig udfyldelse af transaktionens felter se nedenfor.

**Behandling i VP:**
Godkendes transaktionen, ændres preadvicet til en endelig afviklingsinstruktion umiddelbart efter modtagelsen af instruktionen.

**Uddata:**
Som udgangspunkt sendes der altid info-meddelelser til de involverede parter. Ved sammenfald imellem parterne udsendes ud fra følgende princip:

TI20024v     'Instructoplysninger til preadvice-anmelder' sendes til anmelder
TI20051v     'Statusændring på preadvice' sendes kun til KI, når KI er forskellig fra anmelder

**Bemærk**
I tilfælde af, at begge preadvices oprindeligt er indrapporteret uden instruct, vil infoerne

TI20058v     'Forventet bogføringsgrundlag - storkunde/indirekte clearingdeltager' og

**SYSTEMVEJLEDNING**

---

TI20060v        'Forventet bogføringsgrundlag - ikke-deltager'

først blive udsendt, når det sidste af de to preadvices er blevet instrueret.

DATAFELTER

| 02 OPRINDELIG-ANMELDER. (DELTAGER) | |
|---|---|
|    03 IDENTIFIKATION | O |
| 02 OPRINDELIG-ANMELDELSE. (ANMELDELSE) | |
|    03 AFSENDER-REFERENCE | O |
| 02 PREADVICE. | |
|    03 GYLDIGHEDSPERIODEKODE | F |
|    03 FORCERINGSMARKERINGSKODE | F |

O = obligatorisk,  F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP

## Etablering af preadvice med brug af modparts oplysninger (TC20009v)

Formål:
At danne et preadvice med eller uden instruktion ud fra de oplysninger, der er angivet i modpartens oplysninger.

Behandling hos centraldeltager:
Anmelder af transaktionen skal være:

Ved salg
- kontoførende institut for værdipapirkontoen
- et opdateringsrelateret kontoførende institut
- en fondshandler eller en storkunde med handelsfuldmagt.

Ved køb og hvor handelsbeløb er større end 0
- pengekontoførende institut (PK)
- et opdateringsrelateret pengekontoførende institut

Transaktionen kan kun anvendes, når preadvice er af typen "ikke handelsdeltager - handelsdeltager" (type 3) og "ikke handelsdeltager - ikke handelsdeltager" (type 4).

Forcering:
Se beskrivelse i afsnit Forcering af transaktioner
For obligatorisk henholdsvis frivillig udfyldelse af transaktionens felter se nedenfor.

Behandling i VP:
Godkendes transaktionen, dannes det ønskede preadvice umiddelbart efter indrapporteringen.

Uddata:
Som udgangspunkt sendes der altid info-meddelelser til de involverede parter. Ved sammenfald imellem disse udsendes ud fra følgende principper:

SYSTEMVEJLEDNING

## Beholdningssiden

**Ved modtagelse:**
Der sendes altid en info til anmelder (TI20022v) og der sendes info til handlet-med (Ti20010v), hvis handlet-med er udfyldt, ellers sendes der til modpart-ki(TI20009v).

Når part er en handelsdeltager sendes info til handlet-for (TI20021v), hvis handlet-for er forskellig fra anmelder.

Når part er en ikke handelsdeltager sendes info til part-KI (TI20009v), hvis part-KI er forskellig fra anmelder.

**Ved makkersøgning:**
Der sendes info (TI20031v) til de samme parter som beskrevet ved modtagelse af preadvice.

## Pengesiden

**Ved modtagelse:**
Det er kun ved salg til en ikke handelsdeltager, at der sendes info (TI20027v) til købers pengekontofører, som er den, der skal godkende betalingen.

**Ved makkersøgning:**
Hvis pengekontofører er forskellig fra Danmarks Nationalbank sendes der altid 1 info til partsidens pengekontofører.

Ved handel for en ikke handelsdeltager sendes info (TI20060v) og ved handel for en storkunde/-indirekte clearingdeltager sendes info (TI20058v).

De samme infoer som nævnt ved makkersøgning sendes ved:
- annullering af preadvice
- udskydelse af handel
- når handelen er klar til afvikling (begge sider er instrueret)
- udløb af et instruct

## DATAFELTER

| | |
|---|---|
| **02 ANMELDELSE** | |
| 03 AFSENDER-REFERENCE | O |
| **02 PART-IKKE-DELTAGER. (BETALINGSSTED)** | |
| 03 REGISTRERINGSNUMMER | F 1) |
| **02 PREADVICE.** | |
| 03 PART-IKKE-DELTAGERS-PENGE-KTO | F 1) |
| 03 INTERN-POSTERINGSTEKST | F |
| 03 EKSTERN-POSTERINGSTEKST | F |
| 03 NAVNENOTERINGSKODE | F |
| 03 INSTRUCT-KODE | F |
| 03 GYLDIGHEDSPERIODEKODE | F |
| 03 FORCERINGSMARKERINGSKODE | F |
| 03 PANTERET-OENSKE-KODE | F 2) |
| **02 RELATERET-ANMELDER. (DELTAGER)** | |
| 03 IDENTIFIKATION | O |
| **02 RELATERET-ANMELDELSE. (ANMELDELSE)** | |
| 03 AFSENDER-REFERENCE | O |

 **SYSTEMVEJLEDNING**

---

O = obligatorisk,  F = frivillig
Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelse), vil denne blive isat ved modtagelsen i VP.

| 1) | = | skal udfyldes v. handelsbeløb > 0 hvis registreringsnummer og modpart-ikke-deltagers-pengekonto ikke er udfyldt på det oprindelige preadvice |
| 2) | = | må kun anvendes når preadvicet er en tilgang til en VP-konto af typen ikke-afviklingsansvarlig (AI, UI, PR) og handelsbeløb > 0 (handelen er med pengeclearing) |

## Navnenotering/afnotering af beholdning (TU20011v)

**Formål:**
At navnenotere eller afnotere en værdipapirbeholdning.

**Behandling hos centraldeltager:**
Anmelder af transaktionen skal være kontoførende institut (KI) for værdipapirkontoen eller et opdateringsrelateret kontoførende institut.

**Bemærk**
- navnenotering kan kun foretages, hvis det på handelsproduktet er angivet, at navnenotering må foretages.

Det angives i anmeldelsestype om transaktionen er en navnenotering eller en afnotering.

Ved navnenotering skal den beholdning, der ønskes navnenoteret, være mindre end eller lig med den ikke navnenoterede beholdning.

Ved afnotering skal den beholdning, der ønskes afnoteret, være mindre end eller lig med den navnenoterede beholdning.

For obligatorisk henholdsvis frivillig udfyldelse af transaktionens felter se nedenfor.

**Behandling i VP:**
Godkendte transaktioner behandles umiddelbart efter indrapporteringen.

Transaktionen afvises, hvis ISIN er udelukket på indrapporteringstidspunktet eller
- hvis manglende dækning i beholdning eller
- manglende dækning i noteret beholdning.
- der forsøges afnotering på en ISIN der er markeret for pligtig navnenotering i fondsregisteret.

**Uddata:**
Som udgangspunkt sendes der altid info-meddelelser til de involverede parter. Ved sammenfald imellem parterne udsendes ud fra følgende princip:

| TI20032v | navnenotering/afnotering foretaget sendes **altid** til KI og desuden til anmelder, hvis denne er forskellig fra KI |
| TI20047v | status på beholdning sendes **altid** til KI |
| TI20240v | status på navnenotering sendes til anmelder. |

## DATAFELTER

| 02 ANMELDELSE. | |
|---|---|
|    03 AFSENDER-REFERENCE | O |
| 02 ANMELDELSESTYPE. | |



SYSTEMVEJLEDNING

| | | |
|---|---|---|
| | 03 KODE | O |
| 02 KI. (DELTAGER) | | |
| | 03 IDENTIFIKATION | O |
| 02 VAERDIPAPIRKONTO. | | |
| | 03 NUMMER | O |
| 02 HANDELSPRODUKT. | | |
| | 03 ISIN | O |
| 02 NAVNENOTERINGSANMODNING. | | |
| | 03 MAENGDE | O |

O = obligatorisk,  F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.



Forklaring:

| | | | | |
|---|---|---|---|---|
| 1. | Transaktionen indsendes og lægges i postkassen. | | | |
| 2. | Info TI20240(V) Status på navnenotering sendes til anmelder med: | | | |
| | Status | = | 15 | Anmeldelse klar til afvikling og |
| | Årsagskode | = | 4 | Validering foretaget eller |
| | | = | 9 | Angivne ISIN er udelukket fra afvikling eller |



SYSTEMVEJLEDNING

| | | = | 23 | Afviklingskørsel er påbegyndt. |
|---|---|---|---|---|
| 3. | Hvis efterfølgende behandling ikke er OK, sendes TI20240(V) Status på navnenotering med: | | | |
| | Status | = | 10 | Anmeldelse afvist og |
| | Årsagskode | = | 29 | Manglende dækning i noteret beholdning eller |
| | | = | 1 | Manglende dækning i beholdning eller |
| | | = | 9 | Angivne ISIN er udelukket fra afvikling. |
| 4. | Hvis behandling er OK, sendes TI20032(V) Navnenotering/afnotering foretaget til anmelder og kontoførende institut som kvittering på den foretagne behandling, og TI20047(V) Status på beholdning sendes til kontoførende institut for at informere om status på beholdning efter ændringen. Samtidig ændres status og årsagskode til: | | | |
| | Status | = | 9 | Anmeldelse afviklet og |
| | Årsagskode | = | 5 | Transaktion gennemført. |

## Opdatering af trækningsmaksimum - indirekte pengeclearingdeltager (TU20012v)

**Formål:**
At opdatere beløb på et basis-trækningsmaksimum eller at opdatere beløb samt andre oplysninger på et specifikt trækningsmaksimum.

**Basis-trækningsmaksimum:**
Et basis-trækningsmaksimum er afgivet af en primær betalingsstiller og benyttes til afvikling af handler i den valuta, som det er afgivet i, samt til afvikling af handler i andre valutaer, hvori der ikke er afgivet et specifikt trækningsmaksimum.

Et basis-trækningsmaksimum benyttes kun til handelsafvikling.

Der skal altid findes et basis-trækningsmaksimum til brug for handelsafvikling.

**Ændring af valuta på basis-trækningsmaksimum:**
Ændring af valuta på basis-trækningsmaksimummet meddeles VP på blanket 2.2.G Erklæring om betalingsstillelse for pengekonti som findes i "Blanketter til vejledninger". Når VP gennemfører ændringen, vil basis-trækningsmaksimummet i den tidligere valuta blive ændret til et specifikt trækningsmaksimum. Derudover vil det blive lukket, og beløb (maksimum) samt påvirkning vil blive nulstillet.

Efter ændringen kan den primære betalingsstiller indtaste beløb (maksimum) på det nye basis-trækningsmaksimum i den nye valuta.

Hvis der allerede findes et specifikt trækningsmaksimum i den valuta, som fremover skal være basis-trækningsmaksimummets valuta, vil beløb (maksimum) og påvirkning på dette blive nulstillet i forbindelse med ændringen.

**Specifikt trækningsmaksimum:**
Et specifikt trækningsmaksimum er afgivet af en primær betalingsstiller og benyttes kun i forudbestemte afviklingsblokke og i den valuta, som det er afgivet i.

Specifikke trækningsmaksima skal altid benyttes til periodisk afvikling.

Specifikke trækningsmaksima kan benyttes til handelsafvikling, hvis den primære betalingsstiller ønsker at begrænse trækket i en bestemt valuta.

Specifikke trækningsmaksima oprettes efter behov.

 **SYSTEMVEJLEDNING**

---

**Behandling hos centraldeltager:**
Anmelder af transaktionen skal være afgiver af trækningsmaksimummet og være oprettet som primær betalingsstiller (BS).

Kun primære betalingsstillere kan stille et trækningsmaksimum til rådighed for en indirekte pengeclearingdeltager.

Det skal angives, om opdateringen vedrører et basis-trækningsmaksimum eller et specifikt trækningsmaksimum.

Beløbet angives i den aktuelle valuta.

Gælder kun specifikke trækningsmaksima:
- Udløbsdato kan angives. Trækningsmaksimummet er gældende til og med den angivne udløbsdato, hvorefter det lukkes. Indrapporteres et nyt trækningsmaksimum (beløb), inden det forrige udløber, vil det nye beløb være gældende.
- Status kan angives (2=aktiv eller 5=lukket). Hvis et specifikt trækningsmaksimum lukkes, vil handler i maksimummets valuta blive pengekontrolleret under basis-trækningsmaksimummet.
- De bloknumre, det specifikke trækningsmaksimum må benyttes i, skal angives. Der skal altid angives mindst ét bloknummer.

Indholdet i transaktionen skal betragtes som de fremtidigt gældende oplysninger. Hvis et specifikt trækningsmaksimum f.eks. ikke længere må benyttes i bloknummer 40, skal transaktionen indeholde alle de andre oplysninger, der stadigvæk skal være gældende (f.eks. beløb og udløbsdato), samt de bloknumre, som det specifikke trækningsmaksimum fremover gerne må benyttes i.

**VP-standardsystem:**
D140 kan anvendes.

**Bemærk**
Et trækningsmaksimum kan ikke opdateres under en afviklingskørsel med samme pengeclearingstype som trækningsmaksimummet.
For obligatorisk henholdsvis frivillig udfyldelse af transaktionens felter.

**Behandling i VP:**
Godkendte transaktioner opdateres i deltagerregistret umiddelbart efter modtagelsen.

**Uddata:**
Der dannes følgende info-meddelelse:

TI20039v    Opdateret trækningsmaksimum – indirekte pengeclearingdeltager (til såvel afgiver som modtager af trækningsmaksimum).

**DATAFELTER**

| 02 PENGETRAEK-AFGIVER. (DELTAGER) | |
|---|---|
|     03 IDENTIFIKATION | O |
| 02 PENGETRAEK-MODTAGER. (DELTAGER) | |
|     03 IDENTIFIKATION | O |
| 02 PENGE-CLEARINGS-TYPE. | |
|     03 KODE | O |
| 02 VALUTA. | |
|     03 ISO-KODE | O |
| 02 TRAEK-MAKS-INDIREKT-CLEARINGDELT | |



**SYSTEMVEJLEDNING**

| | | |
|---|---|---|
| | 03 TRAEKNINGSMAKSIMUMS-BELOEB | O |
| | 03 STATUS | F |
| | 03 TYPE | O |
| | 03 UDLOEBSDATO | F |
| 02 TRAEK-MAKS-IND-CLEARDELT-BLK-ANV | | |
| | 03 KOERSELS-BLOK-NUMMER | O |
| | 03 KOERSELS-BLOK-NUMMER | F |
| | 03 KOERSELS-BLOK-NUMMER | F |
| | 03 KOERSELS-BLOK-NUMMER | F |
| | 03 KOERSELS-BLOK-NUMMER | F |
| | 03 KOERSELS-BLOK-NUMMER | F |
| | 03 KOERSELS-BLOK-NUMMER | F |
| | 03 KOERSELS-BLOK-NUMMER | F |
| | 03 KOERSELS-BLOK-NUMMER | F |
| | 03 KOERSELS-BLOK-NUMMER | F |

O = obligatorisk,  F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.


## Oprettelse af specifikt trækningsmaksimum - indirekte pengeclearingdeltager (TC20012v)

**Formål:**
At oprette et specifikt trækningsmaksimum til en indirekte pengeclearingdeltager.

**Specifikt trækningsmaksimum:**
Et specifikt trækningsmaksimum er afgivet af en primær betalingsstiller og benyttes kun i forudbestemte afviklingsblokke og i den valuta, som det er afgivet i.

Specifikke trækningsmaksima **skal** altid benyttes til periodisk afvikling.

Specifikke trækningsmaksima **kan** benyttes til handelsafvikling, hvis den primære betalingsstiller ønsker at begrænse trækket i en bestemt valuta.

Specifikke trækningsmaksima oprettes efter behov.

**Behandling hos centraldeltager:**
Anmelder af transaktionen skal være afgiver af trækningsmaksimummet og være oprettet som primær betalingsstiller (BS).

Kun primære betalingsstillere kan stille et trækningsmaksimum til rådighed for en indirekte pengeclearingdeltager.

Det skal angives, at opdateringen vedrører et specifikt trækningsmaksimum.

Beløbet angives i den aktuelle valuta.

Udløbsdato kan angives. Trækningsmaksimummet er gældende til og med den angivne udløbsdato, hvorefter det lukkes.

Status kan angives (2=aktiv eller 5=lukket). Hvis et specifikt trækningsmaksimum lukkes, vil handler i maksimummets valuta blive pengekontrolleret under basistrækningsmaksimummet.



**SYSTEMVEJLEDNING**

De bloknumre, det specifikke trækningsmaksimum må benyttes i, skal angives. Der skal altid angives mindst ét bloknummer.

**VP-standardsystem:**
D140 kan anvendes.

**Bemærk**
Et trækningsmaksimum kan ikke opdateres under en afviklingskørsel med samme pengeclearingstype som trækningsmaksimummet.

For obligatorisk henholdsvis frivillig udfyldelse af transaktionens felter se datafelter.

**Behandling i VP:**
Godkendte transaktioner opdateres i deltagerregistret umiddelbart efter modtagelsen.

**Uddata:**
Der dannes følgende info-meddelelse:

TI20039v          Opdateret trækningsmaksimum – indirekte pengeclearingdeltager
                  (til såvel afgiver som modtager af trækningsmaksimum).

**DATAFELTER**

| | |
|---|---|
| 02 PENGETRAEK-AFGIVER. (DELTAGER) | |
|    03 IDENTIFIKATION | O |
| 02 PENGETRAEK-MODTAGER. (DELTAGER) | |
|    03 IDENTIFIKATION | O |
| 02 PENGE-CLEARINGS-TYPE. | |
|    03 KODE | O |
| 02 VALUTA. | |
|    03 ISO-KODE | O |
| 02 TRAEK-MAKS-INDIREKT-CLEARINGDELT | |
|    03 TRAEKNINGSMAKSIMUMS-BELOEB | O |
|    03 STATUS | F |
|    03 TYPE | O |
|    03 UDLOEBSDATO | F |
| 02 TRAEK-MAKS-IND-CLEARDELT-BLK-ANV | |
|    03 KOERSELS-BLOK-NUMMER | O |
|    03 KOERSELS-BLOK-NUMMER | F |
|    03 KOERSELS-BLOK-NUMMER | F |
|    03 KOERSELS-BLOK-NUMMER | F |
|    03 KOERSELS-BLOK-NUMMER | F |
|    03 KOERSELS-BLOK-NUMMER | F |
|    03 KOERSELS-BLOK-NUMMER | F |
|    03 KOERSELS-BLOK-NUMMER | F |
|    03 KOERSELS-BLOK-NUMMER | F |
|    03 KOERSELS-BLOK-NUMMER | F |

O = obligatorisk,  F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

SYSTEMVEJLEDNING

## Etablering af multioverførsel (TC20013v)

**Formål:**
At overføre alle beholdninger fra en værdipapirkonto til en anden.

**Behandling hos centraldeltager:**
Transaktionen indrapporteres af det afgivende kontoførende institut (KI) eller af et opdateringsrelateret afgivende KI.

**Bemærk**
Såfremt overførslen bliver gennemført vil den få retsvirkning fra det tidspunkt (accepttidspunkt), der er angivet i OK-svaret på transaktionen.

Eventuel indberetning til Danmarks Nationalbank af en overførsel mellem en valutaindlænding og en valutaudlænding skal foretages af det kontoførende institut, der fører værdipapirkontoen for valutaindlændingen.

Transaktionen afvises hvis det er en multioverførsel til en Link Up CSD, se Forretningsmæssigvejledning, Clearingvejledning Link Up-Markets.

**Forcering:**
Se beskrivelse i afsnit Forcering af transaktioner

For obligatorisk henholdsvis frivillig udfyldelse af transaktionens felter.

**Behandling i VP:**
Godkendte transaktioner opdateres på de involverede værdipapirkonti umiddelbart efter modtagelsen.

Transaktionen afvises, hvis der på "fra" værdipapirkonto findes blot én af følgende:
- reserverede beholdninger
- beholdninger hvorpå der er registreret panteret
- beholdninger, hvorpå der er taget kontantforbehold
- eller ISIN's, som er omfattet af en udelukkelse

Transaktionen afvises, hvis enten "fra" eller "til" værdipapirkontoen indgår i en sikkerhedsretsaftale.

**Uddata:**
Som udgangspunkt sendes der altid info-meddelelser til de involverede parter. Ved sammenfald imellem disse udsendes ud fra følgende princip:

| | |
|---|---|
| TI20011v | overførselsoplysninger sendes til anmelder (uden ISIN-oplysninger) |
| TI20050v | afviklet overførsel sendes til anmelder |
| TI20016v | afviklet overførsel sendes altid til KI pr. beholdning *) (også når KI er lig med anmelder) |
| TI20047v | status på beholdning sendes altid til KI pr. beholdning *) |

*) hvis en delmængde af beholdningen er udtrukket/navnenoteret, sendes en info for den udtrukne/navnenoterede del og en info for den ikke udtrukne/navnenoterede del

Ved afvisning af en overførsel sendes info:

| | |
|---|---|
| TI20053v | afvisning af overførsel til anmelder |



**SYSTEMVEJLEDNING**

---

## DATAFELTER (TC200131)

| 02 ANMELDELSE. | |
|---|---|
|     03 AFSENDER-REFERENCE | O |
| 02 AFGIVER-KI. (DELTAGER) | |
|     03 IDENTIFIKATION | O |
| 02 AFGIVER-KONTO. (VAERDIPAPIRKONTO) | |
|     03 NUMMER | O |
| 02 MODTAGER-KI. (DELTAGER) | |
|     03 IDENTIFIKATION | O |
| 02 MODTAGER-KONTO. (VAERDIPAPIRKONTO) | |
|     03 NUMMER | O |
| 02 MULTI-OVERFOERSEL. (OVERFOERSEL) | |
|     03 MODTAGER-SUB-IDENT-NUMMER | F *) |
|     03 INTERN-POSTERINGSTEKST | F |
|     03 EKSTERN-POSTERINGSTEKST | F |
|     03 REFERENCENUMMERSKIFT-KODE | F |
|     03 FORCERINGSMARKERINGSKODE | F |

O = obligatorisk,  F = frivillig, *) = skal udfyldes ved overførsel til en CSD
OBS: Det er ikke muligt at etablere overførsler til Link Up CSD'er.

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelse), vil denne blive isat ved modtagelsen i VP.

## Etablering af supplerende oplysninger til en tidligere indsendt anmeldelse (TC20014v)

**Formål:**
At oplyse om den oprindelige afgiver og/eller den endelige modtager af en overført eller handlet værdipapirbeholdning.

**Behandling hos centraldeltager:**
Anmelder af transaktionen skal være den oprindelige anmelder af den anmeldelse, som de supplerende oplysninger vedrører.

**Bemærk**
- afsender-reference i transaktionen skal være lig med afsender-referencen på den tidligere indsendte anmeldelse.
- efter opdatering i VP kan en supplerende oplysning ikke ændres

Transaktionen kan anvendes, hvis den endelige modtager eller den oprindelige afgiver er en anden end den, der fremgår af den oprindelige anmeldelse.

For obligatorisk henholdsvis frivillig udfyldelse af transaktionens felter se nedenfor.

**Behandling i VP:**
Godkendte transaktioner opdateres umiddelbart efter modtagelsen.

**Uddata:**
Der dannes info-meddelelser til de involverede parter.

## DATAFELTER



**S**YSTEMVEJLEDNING

| 02 OPRINDELIG-ANMELDELSE. (ANMELDELSE) | |
|---|---|
| 03 AFSENDER-REFERENCE | O |
| 02 SUPPLERENDE-OPLYSNINGER. | |
| 03 MODTAGER-KONTONUMMER | F |
| 03 MODTAGER-ID-1 | F |
| 03 MODTAGER-ID-2 | F |
| 03 MODTAGER-ID-3 | F |
| 03 MODTAGER-ID-4 | F |
| 03 AFGIVER-KONTONUMMER | F |
| 03 AFGIVER-ID-1 | F |
| 03 AFGIVER-ID-2 | F |
| 03 AFGIVER-ID-3 | F |
| 03 AFGIVER-ID-4 | F |

O = obligatorisk, F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

### Etablering af instruct til strakspreadvice (TU20015v)

**Formål:**
At reinstruere et strakspreadvice. Der kan kun være tale om en reinstruktion, da et strakspreadice er født instrueret. Den medfødte instruktion kan dog afvises i forbindelse med en dækningskontrol, hvorfor det kan være nødvendigt at reinstruere.

**Behandling hos centraldeltager:**
Anmelder af transaktionen skal være oprindelig anmelder af strakspreadvicet.

**Bemærk**
- afsender-reference i transaktionen skal være lig med afsender-referencen på det strakspreadvice, der skal reinstrueres.

**Forcering:**
Se beskrivelse i afsnit Forcering af transaktioner
For obligatorisk henholdsvis frivillig udfyldelse af transaktionens felter se nedenfor.

**Behandling i VP:**
Godkendes transaktionen, ændres strakspreadvicet til en endelig afviklingsinstruktion umiddelbart efter modtagelsen af instruktionen.

**Uddata:**
Der dannes info-meddelelser til de involverede parter.

### DATAFELTER

| 02 OPRINDELIG-ANMELDELSE. (ANMELDELSE). | |
|---|---|
| 03 AFSENDER-REFERENCE | O |
| 02 PREADVICE. | |
| 03 FORCERINGSMARKERINGSKODE | F |

O = obligatorisk,  F = frivillig



SYSTEMVEJLEDNING

---

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

### Anmodning om beholdningsudtræk - batch (TC20016v)

NB. Transaktionen er p.t. inaktiv hvorfor beholdningsudtræk indtil videre skal rekvireres ved skriftlig henvendelse til Clearing & Custody Services.

**Formål:**
At anmode om oplysning om aktuel beholdning på et interval af værdipapirkonti/ISIN's efter en afviklingskørsel.

**Behandling hos centraldeltager:**
Anmelder af transaktionen skal være aftalehaverens datacenter (DC).

**Bemærk**
- ønsket afviklingsdato skal være større end eller lig med aktuel afviklingsdato
- ønsket afviklingskørsel skal være fremtidig

Udtrækket kan rekvireres på følgende niveauer:
- pr. datacenter (DC)
- pr. aftalehaver(AH)
- pr. kontoførende institut (KI)

For hvert niveau kan vælges, om det skal være:
- samtlige konti eller et interval af konti
- samtlige ISIN's eller et interval af ISIN's

Det er muligt at angive i transaktionen (opdaterings-tidspunkt-for-maengde), at der kun ønskes beholdningsoversigter på konti, hvorpå der er sket beholdningsændringer efter et angivet tidspunkt.

**Eksempel:**
Hvis der i feltet angives 19951115120000000000, så er det kun værdipapirkonti, hvorpå der er foretaget ændringer efter den 15/11 1995 kl. 11.5999999999, der medtages i udtrækket.

For obligatorisk henholdsvis frivillig udfyldelse af transaktionens felter se nedenfor.

**Behandling i VP:**
Godkendes transaktionen, sendes den ønskede information efter den angivne afviklingskørsel. Der sendes kun oplysninger om beholdning, hvis beholdningen er større end 0.

**Uddata:**
Der dannes info-meddelelser til de involverede parter.

### DATAFELTER

| 02 REKVISITION. | |
|---|---|
|    03 AFSENDER-REFERENCE | O |
| 02 AFTALEHAVER. (DELTAGER) | |
|    03 IDENTIFIKATION | F |
| 02 KI. (DELTAGER) | |
|    03 IDENTIFIKATION | F 1) |
| 02 REKVISITIONSOPLYSNINGER. | |



**SYSTEMVEJLEDNING**

| | |
|---|---|
| 03 SOEG-FRA-KONTONUMMER | F 2) |
| 03 SOEG-TIL-KONTONUMMER | F 2) |
| 03 SOEG-FRA-ISIN | F |
| 03 SOEG-TIL-ISIN | F |
| 02 BEHOLDNING-SIDST-OPDATERET. | |
| 03 OPDATERINGSTIDSPUNKT-FOR-MAENGDE | F |
| 02 OENSKET-AFVIKLINGSDAG. (AFVIKLINGSDAG) | |
| 03 AFVIKLINGS-DATO | O |
| 02 OENSKET-AFVIKLINGSBLOK. | |
| 03 KOERSELSBLOK | O |

O = obligatorisk,  F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

| 1) | = | skal udfyldes, hvis SOEG-FRA-KONTONUMMER eller SOEG-TIL-KONTONUMMER anvendes |
| 2) | = | kan kun anvendes, hvis KI-identifikation er udfyldt |

## Anmodning om beholdningsudtræk - online (TR20017v)

**Formål:**
At anmode om oplysning om beholdningen i et interval af ISIN's på en given værdipapirkonto.

**Behandling hos centraldeltager:**
Anmelder af transaktionen skal være:
- kontoførende institut for værdipapirkontoen
- et spørge-/opdateringsrelateret kontoførende institut
- storkunde for egne værdipapirkonti
- registreret med en spørge-/handelsfuldmagt

Der kan vælges mellem samtlige ISIN's på værdipapirkontoen eller et interval af ISIN's.

For obligatorisk henholdsvis frivillig udfyldelse af transaktionens felter se nedenfor.

**Behandling i VP:**
Godkendes transaktionen, sendes den ønskede information umiddelbart efter modtagelsen. Der sendes kun oplysninger om beholdning, hvis beholdningen er større end 0.

**Uddata:**
NB. Det er kun hvis anmodningen indsendes som en system-system transaktion at der dannes info-meddelelser.

## DATAFELTER

| | |
|---|---|
| 02 KI. (DELTAGER) | |
| 03 IDENTIFIKATION | O |
| 02 VAERDIPAPIRKONTO. | |
| 03 NUMMER | O |
| 02 ISIN-INTERVAL-START. (HANDELSPRODUKT) | |
| 03 ISIN | F |
| 02 ISIN-INTERVAL-SLUT. (HANDELSPRODUKT) | |
| 03 ISIN | F |

**SYSTEMVEJLEDNING**

O = obligatorisk,  F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

## Anmodning om ikke afviklede preadvices - batch (TC20018v)

**Formål:**
At anmode om oplysning om ikke afviklede preadvices efter en afviklingskørsel.

**Behandling hos centraldeltager:**
Anmelder af transaktionen skal være aftalehaverens datacenter (DC).

**Bemærk**
- ønsket afviklingsdato skal være større end eller lig med aktuel afviklingsdato
- ønsket afviklingskørsel skal være fremtidig

Udtrækket kan rekvireres på følgende niveauer:
- pr. datacenter (DC)
- pr. aftalehaver(AH)
- pr. kontoførende institut (KI)

For hvert niveau kan vælges, om det skal være:
- samtlige konti eller et interval af konti
- samtlige ISIN's eller et interval af ISIN's

For obligatorisk henholdsvis frivillig udfyldelse af transaktionens felter se nedenfor.

**Behandling i VP:**
Godkendes transaktionen, sendes den ønskede information efter den angivne afviklingskørsel.

**Uddata:**
Der dannes info-meddelelser til de involverede parter.

## DATAFELTER

| | |
|---|---|
| 02 REKVISITION. | |
|    03 AFSENDER-REFERENCE | O |
| 02 AFTALEHAVER. (DELTAGER) | |
|    03 IDENTIFIKATION | F |
| 02 KI. (DELTAGER) | |
|    03 IDENTIFIKATION | F |
| 02 REKVISITIONSOPLYSNINGER. | |
|    03 SOEG-FRA-KONTONUMMER | F |
|    03 SOEG-TIL-KONTONUMMER | F |
|    03 SOEG-FRA-ISIN | F |
|    03 SOEG-TIL-ISIN | F |
| 02 OENSKET-AFVIKLINGSDAG. (AFVIKLINGSDAG) | |
|    03 AFVIKLINGSDATO | O |
| 02 OENSKET-AFVIKLINGSBLOK. (AFVIKLINGSKOERSEL) | |
|    03 KOERSELSBLOK | O |

 **S**YSTEM**VEJLEDNING**

O = obligatorisk,  F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

## Anmodning om ikke afviklede preadvices - online (TR20019v)

### Formål:
At anmode om oplysning om ikke afviklede preadvices i et interval af ISIN's på en given værdipapirkonto.

### Behandling hos centraldeltager:
Anmelder af transaktionen skal være:
- anmelder af det/de ikke afviklede preadvice(s)
- kontoførende institut (KI) for værdipapirkontoen
- et opdateringsrelateret kontoførende institut
- registreret med en spørge-/handelsfuldmagt

### Bemærk
Hvis anmelder er kontoførende institut eller opdateringsrelateret kontoførende institut, vises samtlige ikke afviklede preadvices til værdipapirkontoen. I modsat fald vises kun de ikke afviklede preadvices, som anmelderen selv har indrapporteret.

Der kan vælges mellem samtlige ISIN's på værdipapirkontoen eller et interval af ISIN's.

For obligatorisk henholdsvis frivillig udfyldelse af transaktionens felter se nedenfor.

### Behandling i VP:
Godkendes transaktionen, sendes den ønskede information umiddelbart efter modtagelsen.

### Uddata
NB. Det er kun hvis anmodningen indsendes som en system-system transaktion, at der dannes info-meddelelser.

## DATAFELTER

| | |
|---|---|
| 02 KI. (DELTAGER) | |
|     03 IDENTIFIKATION | O |
| 02 VAERDIPAPIRKONTO. | |
|     03 NUMMER | O |
| 02 ISIN-INTERVAL-START. (HANDELSPRODUKT) | |
|     03 ISIN | F |
| 02 ISIN-INTERVAL-SLUT. (HANDELSPRODUKT) | |
|     03 ISIN | F |

O = obligatorisk,  F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

## Annullering af strakspreadvice (TU20020v)

### Formål:
At annullere et tidligere indrapporteret strakspreadvice.



**SYSTEMVEJLEDNING**

---

**Behandling hos centraldeltager:**
Anmelder af transaktionen skal være:
- den oprindelige anmelder af strakspreadvicet
- det kontoførende institut (PART-KI).

**Bemærk**
- afsender-reference i annulleringstransaktionen skal være lig med afsender-referencen på det strakspreadvice, der ønskes annulleret.

Strakspreadvicet kan IKKE annulleres, hvis det har fundet makker, og begge sider er klar til afvikling.

For obligatorisk henholdsvis frivillig udfyldelse af transaktionens felter se nedenfor.

**Behandling i VP:**
Godkendes transaktionen, annulleres strakspreadvicet umiddelbart efter modtagelsen.

**Uddata:**
Der dannes info-meddelelser til de involverede parter.

## DATAFELTER

| | |
|---|---|
| 02 OPRINDELIG-ANMELDER. (DELTAGER) | |
|    03 IDENTIFIKATION | O |
| 02 OPRINDELIG-ANMELDELSE. (ANMELDELSE) | |
|    03 AFSENDER-REFERENCE | O |

O = obligatorisk, F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

### Sletning af rekvisition (TD20025v)
**Formål:**
At slette en tidligere indrapporteret rekvisition af typerne:
"Anmodning om beholdningsudtræk - batch (TC20016v)",
"Anmodning om beholdningsudtræk pr. døgnskift - batch (TC20301v)" eller
"Anmodning om ikke afviklede preadvices - batch (TC20018v)"

**Behandling hos centraldeltager:**
Anmelder af transaktionen skal være den oprindelige anmelder af rekvisitionen.

**Bemærk**
- afsender-reference i slettetransaktionen skal være lig med afsender-referencen på den rekvisition, der ønskes slettet.

For obligatorisk henholdsvis frivillig udfyldelse af transaktionens felter se nedenfor.

**Behandling i VP:**
Godkendes transaktionen, annulleres rekvisitionen umiddelbart efter modtagelsen.

**Uddata:**
Der dannes info-meddelelser til de involverede parter.



**SYSTEMVEJLEDNING**

---

## DATAFELTER

| 02 REKVISITION. | |
| --- | --- |
| 03 AFSENDER-REFERENCE | O |

O = obligatorisk,  F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

### Anmodning om oversigt over fuldmagter - (TR20094v)

**Formål:**
At få oplysning om på hvilke konti der er registreret fuldmagter til anmelderen.

**Behandling hos centraldeltager:**
Anmelder af transaktionen skal være en deltager, der har fået registreret fuldmagter hos andre kontoførende institutter.

Udtrækket kan rekvireres på følgende niveauer:

- alle fuldmagter (ingen felter udfyldes)
- alle fuldmagter pr. KI (KI-INTERVAL-START og KI-INTERVAL-SLUT udfyldes)
- et interval af fuldmagter (alle felter udfyldes)

For obligatorisk henholdsvis frivillig udfyldelse af transaktionens felter se nedenfor.

**Behandling i VP:**
Godkendes transaktionen, sendes den ønskede information.

**Uddata:**
NB. Det er kun hvis anmodningen indsendes som en system-system transaktion at der dannes info-meddelelser til anmelder (TI20079v).

## DATAFELTER

| 02 KI-INTERVAL-START. (DELTAGER) | |
| --- | --- |
| 03 IDENTIFIKATION | F |
| 02 KONTONUMMER-INTERVAL-START | |
| 03 NUMMER | F |
| 02 KI-INTERVAL-SLUT. (DELTAGER) | |
| 03 IDENTIFIKATION | F |
| 02 KONTONUMMER-INTERVAL-SLUT. | |
| 03 NUMMER | F |

O = obligatorisk, F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

 **SYSTEMVEJLEDNING**

---

## Anmodning om beholdningsudtræk pr. døgnskift - batch (TC20301v)

**NB.** Transaktionen er p.t. inaktiv hvorfor beholdningsudtræk indtil videre skal rekvireres ved skriftlig henvendelse til Clearing & Custody Services

**Formål:**
At anmode om oplysning om aktuel beholdning på et interval af værdipapirkonti/ISIN's pr. døgnskift.

**Behandling hos centraldeltager:**
Anmelder af transaktionen skal være aftalehaverens datacenter (DC).

**Bemærk**
- hvis der indsendes en rekvisition, der i indhold er identisk med en, der allerede er modtaget, så vil den blive afvist, uanset om de 2 rekvisitioner har forskellig afsender-reference eller ej.

Udtrækket kan rekvireres på følgende niveauer:
- pr. datacenter (DC)
- pr. aftalehaver(AH)
- pr. kontoførende institut (KI)

For hvert niveau kan vælges, om det skal være:
- samtlige konti eller et interval af konti
- samtlige ISIN's eller et interval af ISIN's

I transaktionen angives pr. hvilken afviklingsdag udtrækket ønskes (udtræk-pr-afviklingsdag). Infoen vil vise afviklingsdøgnets slutbeholdning.

For obligatorisk henholdsvis frivillig udfyldelse af transaktionens felter se nedenfor.

**Behandling i VP:**
Godkendes transaktionen, sendes den ønskede information i forbindelse med skift til nyt afviklingsdøgn Der sendes kun oplysninger om beholdning, hvis beholdningen er større end 0.

**Uddata:**
Der dannes info-meddelelser til de involverede parter.

### DATAFELTER

| | |
|---|---|
| **02 REKVISITION.** | |
| **03 AFSENDER-REFERENCE** | O |
| **02 UDTRAEK-PR-AFVIKLINGSDAG. (AFVIKL.DAG)** | |
| **03 AFVIKLINGS-DATO** | O |
| **02 AFTALEHAVER. (DELTAGER)** | |
| **03 IDENTIFIKATION** | F |
| **02 KI. (DELTAGER)** | |
| **03 IDENTIFIKATION** | F |
| **02 REKVISITIONSOPLYSNINGER.** | |
| **03 SOEG-FRA-KONTONUMMER** | F |
| **03 SOEG-TIL-KONTONUMMER** | F |
| **03 SOEG-FRA-ISIN** | F |
| **03 SOEG-TIL-ISIN** | F |

O = obligatorisk, F = frivillig



**SYSTEMVEJLEDNING**

---

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.


## Flyt PVP-engagementer til likviditetsstiller (TC20334v)

**Formål:**
At flytte en nødlidende deltagers engagement i en PVP-afvikling til den aktive likviditetsstiller.

**Behandling hos garantiagent:**
Transaktionen indrapporteres af likviditetsstilleren, der herved tilkendegiver overtagelse af nødlidende deltagers forpligtelser i PVP-afviklingen. Likviditetsstilleren overtager hele den nødlidende deltagers forpligtelser, ikke kun det manglende beløb. Til gengæld overtager likviditetsstilleren den nødlidende deltagers rettigheder i PVP-afviklingen.

**VP-standardsystem:**
D324 kan anvendes.

**Behandling i VP:**
Nødlidende deltagers forpligtelser overført til likviditetsstiller.

Kun den aktive likviditetsstiller kan anvende transaktionen og kun når der er konstateret manglende dækning efter 2. pengekontrol.

**Uddata:**
Der dannes følgende info-meddelelser:

| | |
|---|---|
| TI20083v | Specifikation af beløb overført til likviditetsstiller (til betalingsstilleren) |
| TI20081v | Specifikation af beløb overført til likviditetsstiller (til likviditetsstiller) |

### DATAFELTER (TC200131)

| 02 LIKVIDITETSSTILLER (DISS-DATA) | |
|---|---|
|     03 ACCEPTER-FLYTNING-TIL-GS | O |

O = obligatorisk, F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.


## Forespørgsel på VP's basisregister over udenlandske værdipapirer (TR20368v)

**Formål:**
At vise de udenlandske ISINs, der er overført til VP via et link, og som er registreret i VP's basisregister.

**Behandling hos deltageren:**
Transaktionen er tilgængelig for alle aktive VP-deltagere.

**VP-standardsystem:**
D152 kan anvendes.

**Behandling i VP:**
Ingen.



**SYSTEMVEJLEDNING**

---

Uddata:
Der dannes følgende info-meddelelse:
TI20174v Udenlandske værdipapirer i VP's basisregister.

**DATAFELTER**

| 02 ANMELDELSE | |
|---|---|
| 03 AFSENDER-REFERENCE | O |

O = obligatorisk,  F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.


**Forespørgsel på deltagerens papirfilter over udenlandske værdipapirer (TR20369v)**

Formål:
At vise de udenlandske ISINs, der er overført via et link til VP, med samtidig automatisk registrering i den enkelte deltagers papirfilter.

Behandling hos deltageren:
Anmelderen af transaktionen skal være AH, KI, PK, FH eller ST. Der kan spørges på eget papirfilter og på andre deltageres papirfiltre.

VP-standardsystem:
D153 kan anvendes. Der kan vises 60 ISINs ad gangen. Hvis der er mere end 60 ISINs udfyldes START-FRA-ISIN med ISIN for den sidst viste. ISO-LANDEKODE angives, hvis ISINs med et bestemt hjemland ønskes vist.

Behandling i VP:
Ingen.

Uddata:
Der dannes følgende info-meddelelse:

TI20175v              Udenlandske værdipapirer i deltagerens papirfilter

**DATAFELTER**

| 02 ANMELDELSE | |
|---|---|
| 03 AFSENDER-REFERENCE | O |
| 02 DELTAGER | |
| 03 IDENTIFIKATION | O |
| 02 HANDELSPRODUKT | |
| 03 ISIN | / |
| 02 START FRA ISIN.(HANDELSPRODUKT) | |
| 03 ISIN | F |
| 02 LAND | |
| 03 ISO-KODE | F |

O = obligatorisk,  F = frivillig / = Må ikke udfyldes



SYSTEMVEJLEDNING

---

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.


## Sletning af udenlandske værdipapirer i eget papirfilter (TD20369v)

**Formål:**
At fjerne de udenlandske værdipapirer fra eget papirfilter, som deltageren ønsker at være kontoførende for.

**Behandling hos deltageren:**
Transaktionen er alene tilgængelig for aftalehavere. Ved system til system transaktion udfyldes tillige ISIN, medens START-FRA-ISIN og LAND ikke udfyldes.

**VP-standardsystem:**
D153 kan anvendes. Sletning foretages ved at afkrydse de ISINs, som ønskes slettet fra eget papirfilter.

**Behandling i VP:**
Det kontrolleres, at anmelder af transaktionen er aftalehaver for deltageren.

**Uddata:**
Der dannes følgende info-meddelelse:

TI20226v            Sletning af udenlandske værdipapirer i deltagerens papirfilter

### DATAFELTER

| | |
|---|---|
| 02 ANMELDELSE | |
|    03 AFSENDER-REFERENCE | O |
| 02 DELTAGER | |
|    03 IDENTIFIKATION | O |
| 02 HANDELSPRODUKT | |
|    03 ISIN | O |
| 02 START FRA ISIN.(HANDELSPRODUKT) | |
|    03 ISIN | / |
| 02 LAND | |
|    03 ISO-KODE | / |

O = obligatorisk,  F = frivillig / = Må ikke udfyldes

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.


## Etablering af udenlandske værdipapirer i eget papirfilter (TC20380v)

**Formål:**
At oprette udenlandske værdipapirer i deltagerens eget papirfilter, som deltageren ikke længere ønsker at være kontoførende for.

**Behandling hos deltageren:**
Anmelder af transaktionen skal være aftalehaver.

**VP-standardsystem:**
D154 kan anvendes.



**SYSTEMVEJLEDNING**

---

**Behandling i VP:**
Det kontrolleres, at anmelder af transaktionen er aftalehaver for deltageren.

**Uddata:**
Der dannes følgende info-meddelelse:

TI20170v          Nyt udenlandsk værdipapir i deltagerens papirfilter

**DATAFELTER**

| 02 ANMELDELSE | |
|---|---|
| 03 AFSENDER-REFERENCE | O |
| 02 DELTAGER | |
| 03 IDENTIFIKATION | O |
| 02 HANDELSPRODUKT | |
| 03 ISIN | O |

O = obligatorisk, F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

---

**Anmodning om beholdningsudtræk til storkunder pr. døgnskift - batch (TC20234v)**

**Formål:**
At anmode om oplysning om aktuel beholdning på en eller flere værdipapirkonti tilhørende en storkunde.

**Behandling hos centraldeltager:**
Anmelder af transaktionen skal være aftalehaverens datacenter (DC).

**Bemærk**
- hvis der indsendes en rekvisition, der i indhold er identisk med en, der allerede er modtaget, så vil den blive afvist, uanset om de 2 rekvisitioner har forskellig afsender-reference eller ej.

Udtrækket kan rekvireres på følgende niveauer:
- pr. datacenter (DC)
- pr. aftalehaver(AH)
- pr. kontoførende institut (KI)

For hvert niveau kan vælges, om det skal være:
- samtlige konti eller en specifik konto
- samtlige ISINs eller et interval af ISINs

I transaktionen angives, pr. hvilken afviklingsdag udtrækket ønskes (udtræk-pr-afviklingsdag). Infoen vil vise afviklingsdøgnets slutbeholdning.

For obligatorisk henholdsvis frivillig udfyldelse af transaktionens felter se nedenfor.

**Behandling i VP:**
Godkendes transaktionen, sendes den ønskede information i forbindelse med skift til nyt afviklingsdøgn. Der sendes kun oplysninger om beholdning, hvis beholdningen er større end 0.



**SYSTEMVEJLEDNING**

---

Uddata:
Der dannes følgende info-meddelelser:

TI20065v            Oversigt over beholdning på en værdipapirkonto pr. døgnskift – (ST) (DC)

**DATAFELTER**

| 02 ANMELDELSE. | |
|---|---|
|     03 AFSENDER-REFERENCE | O |
| 02 UDTRAEK-PR-AFVIKLINGSDAG. (AFVIKL.DAG) | |
|     03 AFVIKLINGS-DATO | O |
| 02 AFTALEHAVER. (DELTAGER) | |
|     03 IDENTIFIKATION | F |
| 02 KI. (DELTAGER) | |
|     03 IDENTIFIKATION | F |
| 02 REKVISITIONSOPLYSNINGER. | |
|     03 SOEG-FRA-KONTONUMMER | F |
|     03 SOEG-FRA-ISIN | F |
|     03 SOEG-TIL-ISIN | F |

O = obligatorisk, F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

## Annullering af instruct til preadvice i forbindelse med buy-in (TU20191v)

Formål:
At annullere instruktionen til et preadvice i henhold til de gældende buy-in regler fra OMX.

**Behandling hos centraldeltager:**
Anmelder af transaktionen skal være:
- den oprindelige anmelder af preadvicet
- det kontoførende institut for den afgivne værdipapirkonto (KI)

**Bemærk**
- afsender-reference i annulleringstransaktionen skal være lig med afsender-referencen på det preadvice, hvortil instruktionen ønskes annulleret.

Transaktionen må kun anvendes når en køber af aktier i henhold til de gældende buy-in regler fra OMX ønsker at trække sig ud af en handel.

For obligatorisk henholdsvis frivillig udfyldelse af transaktionens felter se nedenfor.

**Behandling i VP:**
Godkendes annulleringstransaktionen, annulleres instruktionen umiddelbart efter modtagelsen. Samtidig blankstilles informationerne vedrørende gyldighedsperiodekode og forceringsmarkeringskode på preadvicet.

Uddata:
Der dannes info-meddelelser til de involverede parter.

**SYSTEMVEJLEDNING**

---

**DATAFELTER**

| 02 OPRINDELIG-ANMELDER. (DELTAGER) | |
|---|---|
|     **03 IDENTIFIKATION** | O |
| 02 OPRINDELIG-ANMELDELSE. (ANMELDELSE) | |
|     **03 AFSENDER-REFERENCE** | O |

O = obligatorisk,  F = frivillig

## Oprettelse af egenbeholdningsdepot (TC20451v)

**Formål:**
At registrere et depot som egenbeholdningsdepot i relation til beholdningssanktionering.

**Behandling hos centraldeltager:**
Anmelder af transaktionen skal være:

- det kontoførende institut for den afgivne værdipapirkonto (KI)

Fondshandlers og storkunders egenbeholdningsdepoter kan registreres med virkning for beholdningssanktionering. For sent indrapporterede salg fritages for beholdningssanktionering, når handlen foregår mellem to af deltagerens egne egenbeholdningsdepoter, der er registreret som tilhørende deltageren. Bemærk, at der kan registreres sub-ident-nummer således at handler mod eget sub-ident-nummer i f.eks. Euroclear Bank kan behandles som handler mellem egne egenbeholdningsdepoter. Det er fondshandlerens eller storkundens ansvar at sikre sig, at registreringen finder sted via det kontoførende institut.

For obligatorisk henholdsvis frivillig udfyldelse af transaktionens felter se nedenfor.

**VP-standardsystem:**
D312 anvendes.

**Behandling i VP:**
Godkendte indrapporteringer af værdipapirkontonumre opdateres i register over egenbeholdningsdepoter til brug for beholdningssanktionering.

**Uddata:**
Ingen.

**DATAFELTER**

| 02 ANMELDELSE | |
|---|---|
|     **03 AFSENDER-REFERENCE** | O |
| 02 EGENBEHOLDNINGSDEPOT | |
|     **03 KI-IDENTIFIKATION** | O |
|     **03 VAERDIPAPIRKONTONUMMER** | O |
|     **03 SUB-IDENT-NUMMER** | F |
|     **03 AH-EJER-IDENTIFIKATION** | O |

O = obligatorisk,  F = frivillig

 **S**YSTEM**V**EJLEDNING

---

Forespørgsel på egenbeholdningsdepot (TR20451v)

**Formål:**
At vise depoter der er registreret som egenbeholdningsdepoter i relation til beholdningssanktionering.

**Behandling hos centraldeltager:**
Anmelder af transaktionen skal være:
- det kontoførende institut for den afgivne værdipapirkonto (KI).
- fondshandler/storkunde der er registreret som ejer af et egenbeholdningsdepot.

**Vis (F02)**
Det kontoførende institut eller den registrede ejer kan få vist depoter registreret som egenbeholdningsdepoter. AH-ejer-identifikation, KI-identifikation, værdipapirkontonummer og evt. sub-ident-nummer skal angives.
Man kan således få at vide om et depot er registreret som egenbeholdningsdepot.

**List (F04)**
Det kontoførende institut eller den registrede ejer kan få listet depoter registreret som egenbeholdningsdepoter. AH-ejer-identifikation, KI-identifikation, værdipapirkontonummer og evt. sub-ident-nummer kan angives som udvælgelseskriterie (se nedenfor). Der er mulighed for at blade i listen (svaret på en list hedder D313) hvis der er mange forekomster i svaret.
Hvis et depot skal slettes som egenbeholdningsdepot kan list-funktionen anvendes til at finde de registrerede egenbeholdningsdepoter. Der er så mulighed for at afkrydse det depot, der skal slettes, og trykke F3 (afslut). Så returneres til det oprindelige skærmbillede D312, som er udfyldt med oplysningerne om det valgte egenbeholdningsdepot. Herfra kan registreringen som egenbeholdningsdepot slettes som anvist på skærmbilledet.

Hvis forespørgslen foretages af det kontoførende institut skal enten KI-identifikationen eller ejers aftalehaver angives. Så vises en liste (D313) med alle registrerede egenbeholdningsdepoter under den angivne KI-identifikation eller den angivne ejers aftalehaver.
Forespørgslen kan begrænses ved at udfylde flere felter i forespørgslen.
Det kontoførende institut kan kun få vist egne egenbeholdningsdepoter og andres egenbeholdningsdepoter, når depoterne føres i et kontoførende institut under den samme aftalehaver som det forespørgende kontoførende institut. Derfor skal en forespørgsel med angivelse af en fremmed deltagers aftalehaverident begrænses ved som minimum at angive KI-identifikationen.

Hvis forespørgslen foretages af ejeren af egenbeholdningsdepotet (Fondshandlere og storkunder) kan kun egne egenbeholdningsdepoter vises. Ejerens aftalehaveridentifikation skal altid angives. Så vises en liste (D313) med alle egenbeholdningsdepoter registreret med den angivne aftalehaver som ejer.
Forespørgslen kan begrænses ved at udfylde flere felter i forespørgslen.
Hvis forespørgslen indsendes fra datacenter leveres svaret som infoer.

**VP-standardsystem:**
D312 anvendes. Svaret på en "list" vises i skærmbillede D313.

**Behandling i VP:**
Oplysninger om registrerede egenbeholdningsdepoter til brug for beholdningssanktionering fremfindes i henhold til de indtastede udvælgelseskriterier.

**Uddata:**
Følgende info-meddelelse dannes ved indsendelse af forespørgslen via datacenter:
TI20360v Vis egenbeholdningsdepoter

**DATAFELTER**



**SYSTEMVEJLEDNING**

| 02 ANMELDELSE | |
|---|---|
| 03 AFSENDER-REFERENCE | O |
| 02 EGENBEHOLDNINGSDEPOT | |
| 03 KI-IDENTIFIKATION | F |
| 03 VAERDIPAPIRKONTONUMMER | F |
| 03 SUB-IDENT-NUMMER | F |
| 03 AH-EJER-IDENTIFIKATION | F |

O = obligatorisk, F = frivillig

## Slet egenbeholdningsdepot (TD20451v)

**Formål:**
At slette registreringen af et depot som egenbeholdningsdepot i relation til beholdningssanktionering.

**Behandling hos centraldeltager:**
Anmelder af transaktionen skal være:

- det kontoførende institut for værdipapirkontoen (KI)

Fondshandlers og storkunders egenbeholdningsdepoter kan registreres med virkning for beholdningssanktionering. Sletning af denne registrering kan foretages med transaktionen.

For obligatorisk henholdsvis frivillig udfyldelse af transaktionens felter se nedenfor.

**VP-standardsystem:**
D312 anvendes.

**Behandling i VP:**
Godkendte indrapporteringer medfører at de angivne værdipapirkontonumre slettes fra register over egenbeholdningsdepoter til brug for beholdningssanktionering.

**Uddata:**
Ingen.

## DATAFELTER

| 02 ANMELDELSE | |
|---|---|
| 03 AFSENDER-REFERENCE | O |
| 02 EGENBEHOLDNINGSDEPOT | |
| 03 KI-IDENTIFIKATION | O |
| 03 VAERDIPAPIRKONTONUMMER | O |
| 03 SUB-IDENT-NUMMER | F |
| 03 AH-EJER-IDENTIFIKATION | O |

O = obligatorisk, F = frivillig'

## Dellevering af CCP-handler i en afviklingskørsel

Ved handel til eller fra en Central Modpart (CCP) laver VP - ved manglende dækning i beholdning - en automatiseret dellevering. Delleveringsordningen er obligatorisk.
Der foretages p.t. kun dellevering i blok 40, men systemet er forberedt til eventuel fremtidig dellevering i andre blokke.



**SYSTEMVEJLEDNING**

---

**Dellevering/split**

Når leveringer til eller fra en CCP eller mellem to CCP'er ikke kan gennemføres på grund af manglende beholdning foretages der en dellevering.

Delleveringen foregår automatisk efter beholdningskontrollen ved at splitte handlen, der ikke er dækning for, i én handel, der kan gennemføres, og én handel der udskydes til den næste mulige blok. Den oprindelige handel annulleres, da den ved opsplitningen er blevet erstattet af de to nye.

De nye preadvices genereres ud fra oplysningerne i det oprindelige preadvice.

Handlen til gennemførelse dannes med den mængde, der er dækning for, og handelsbeløbet beregnes forholdsmæssigt i forhold til den gennemførte mængde og med udgangspunkt i salgets handelsbeløb. Status/årsag sættes til 15/3 (klar til afvikling/instruct modtaget).

Handlen, der ikke kan gennemføres (udskydes), dannes med den resterende mængde og det resterende handelsbeløb med udgangspunkt i salgets handelsbeløb. Status/årsag sættes på fragangs siden til 15/1 (klar til afvikling/manglende dækning i beholdning) og på tilgangssiden 15/10 (klar til afvikling/ikke gennemført på grund af modpost). CCP-handler, der ikke gennemføres senest i blok 40, udskydes direkte til blok 10 på den efterfølgende afviklingsdag.

De to nye handler tildeles nye afsender-referencenumre, som genereres af VP. I feltet "ekstern posteringstekst" i de nye handler indsættes teksten CCP efterfulgt af den oprindelige anmelder og det oprindelige referencenr. (CCP 01111-REFERENCENUMMER).

Det oprindelige preadvice, der annulleres, bliver påført status/årsag 11/63 (handel annulleret/CCP–dellevering).

Alle andre oplysninger end ovennævnte vil i de to nye preadvices blive kopieret fra det oprindelige preadvice.

Delleveringsprocessen kan også medføre at en CCP-handel, der blev udskudt ved den almindelige beholdningskontrol, bliver genoplivet i sin helhed. Det betragtes ikke som en dellevering i forhold til ovennævnte status-/årsagskoder og posteringstekst ligesom de nedennævnte info'er om opsplitning naturligvis ikke dannes. Det er altså ikke synligt for deltageren, at handlen i første omgang blev udskudt ved beholdningskontrollen.

**Orientering om opsplitning med henblik på dellevering**

De involverede parter orienteres med nye infoer om opsplitningen af den oprindelige handel. Det er vigtigt at disse infoer i datacentrene behandles inden de øvrige infoer fra afviklingskørslen, da de jo informerer om nye referencenumre, der vil forekomme i de øvrige infoer om handlerne.

- TI201141 vedrørende opsplitningen sendes til de involverede parter.
  Infoen indeholder oplysning om den oprindelige afsenderreference og de nytildelte referencer til henholdsvis preadvice til gennemførelse og preadvice til udskydelse.
  Se dataindholdet i info-strukturen.
- TI201151 vedrørende den ændrede likviditet sendes til de involverede betalingsstillere.
  Infoen indeholder oplysninger om den ændrede likviditet afledt af opsplitningen.
  Se dataindholdet i info-strukturen.

Da blok 40 er den seneste afviklingsblok for CCP-handler, vil disse handler aldrig indgå i dagens senere blokke. Ved makkersøgning efter blok 40 vil den tidligst mulige afviklingsblok derfor være blok 10 på den efterfølgende afviklingsdag.

Dellevering af CCP-handler finder sted efter den almindelige beholdningskontrol. Derfor kan modtagne beholdninger fra delleveringer kun bruges til leveringer til eller fra CCP'er.



SYSTEMVEJLEDNING

---

**Udvælgelsesrækkefølge for handler til dellevering**
Hvis der mellem et bestemt depot og en bestemt CCP er både køb og salg, som er blevet udskudt fra beholdningskontrollen på grund af manglende dækning, vil den beholdning, der er dækning for, blive gennemført, og differencen vil indgå i delleveringsprocessen med mulighed for gennemførelse.

Hvis der ved forsøg på dellevering er flere salg, der kan komme i betragtning, vil der blive udvalgt efter følgende kriterier i den nævnte rækkefølge:
Ældste handelsdato.
Største handelsbeløb.

**Minimumsbeløb for dellevering**
Der er fastsat et minimumsbeløb for en dellevering. Handelsbeløbet i den handel, der kan delleveres, skal udgøre mindst 50.000 kr.

# Rente- og udbyttefunktioner

## Etablering af valutakorrektionsbeløb (TC20102v)

**Formål:**
At indrapportere et korrektionsbeløb mellem to valutaer.
Korrektionsbeløbet benyttes, når der omregnes til basisvaluta (danske kroner) til brug for indberetning til SKAT.

**Behandling hos centraldeltager:**
Det er pengekontoførende institut, der kan indrapportere korrektionsbeløbet. Det pengekontoførende institut kan også vælge at benytte det af Finansrådet fastsatte korrektionsbeløb, og skal så ikke selv indrapportere et korrektionsbeløb.

Deltageridentifikation skal være pengekontofører.

Både valutaen, der korrigeres fra, og valutaen der korrigeres til, skal være oprettet som valutaer, Danmarks Nationalbank gennemfører clearing i.

Starttidspunktet skal udfyldes med dato og træder i kraft ved dagens start.

Sluttidspunktet kan udfyldes med dato og indtræder ved dagens afslutning.

Satsen er den sats, der skal fratrækkes/tillægges den officielle valutakurs. Satsen skal være større end eller lig med 0.

Det kontrolleres efterfølgende, at det indrapporterede korrektionsbeløb er korrekt.

**Behandling i VP:**
Det kontrolleres, at den indrapporterende deltager har autorisation til at indrapportere korrektionsbeløb på pengekontoførers vegne.

Ved oprettelse af et nyt korrektionsbeløb med en fremtidig dato sættes sluttidspunktet på det tidligere indrapporterede korrektionsbeløb lig med det nye starttidspunkt.

**Uddata:**
Der dannes følgende info-meddelelser:



**SYSTEMVEJLEDNING**

| TI20109v | Etablering af valutakorrektion (PK) | |
| TI20112v | Etablering af valutakorrektion – Finansrådet | (til alle PK) |
| TI20141v | Lukning af valutakorrektion (PK) | |
| TI20113v | Lukning af valutakorrektion – Finansrådet (til alle PK) | |

**DATAFELTER**

| 02 ANMELDELSE | |
|---|---|
| 03 AFSENDER-REFERENCE | O |
| 02 DELTAGER. | |
| 03 IDENTIFIKATION | O |
| 02 VALUTA-FRA. (VALUTA) | |
| 03 ISO-KODE | O |
| 02 VALUTA-TIL. (VALUTA) | |
| 03 ISO-KODE | O |
| 02 VALUTA-KORREKTION. | |
| 03 STARTTIDSPUNKT | O |
| 03 SLUTTIDSPUNKT | / |
| 03 SATS | O |
| 03 TILLAEG-FRADRAG-KODE | O |

O = obligatorisk, F = frivillig, / = skal ikke udfyldes

Et frivilligt felt, som ikke er udfyldt, vil automatisk blive udfyldt med default værdien ved modtagelsen i VP. (Se feltbeskrivelserne)

## Ændring af valutakorrektionsbeløb (TU20102v)

**Formål:**
At ændre et allerede etableret korrektionsbeløb.

**Behandling hos centraldeltager:**
Det pengekontoførende institut kan ændre korrektionsbeløbet til og med renteperiodens startdato.

Satsen, der skal fratrækkes/tillægges den officielle valutakurs, skal være større end eller lig med 0.

Det kontrolleres efterfølgende, at ændringen er korrekt.

**Behandling i VP:**
Det kontrolleres, at den indrapporterende deltager har autorisation til at indrapportere korrektionsbeløb på pengekontoførers vegne.

Ændring af korrektionsbeløb kan kun ske, hvis starttidspunktet er fremtidigt.

**Uddata:**
Der dannes følgende info-meddelelser:

| TI20118v | Ændring af valutakorrektion (PK) |
| TI20132v | Ændring af valutakorrektion - Finansrådet (til alle PK) |

**DATAFELTER**

| 02 ANMELDELSE | |
|---|---|



**SYSTEMVEJLEDNING**

| | | |
|---|---|---|
| | 03 AFSENDER-REFERENCE | O |
| 02 DELTAGER. | | |
| | 03 IDENTIFIKATION | O |
| 02 VALUTA-FRA. (VALUTA) | | |
| | 03 ISO-KODE | O |
| 02 VALUTA-TIL. (VALUTA) | | |
| | 03 ISO-KODE | O |
| 02 VALUTA-KORREKTION. | | |
| | 03 STARTTIDSPUNKT | O |
| | 03 SLUTTIDSPUNKT | / |
| | 03 SATS | O |
| | 03 TILLAEG-FRADRAG-KODE | O |

O = obligatorisk, F = frivillig, / = skal ikke udfyldes

Et frivilligt felt, som ikke er udfyldt, vil automatisk blive udfyldt med default værdien ved modtagelsen i VP. (Se feltbeskrivelserne)

## Sletning af valutakorrektionsbeløb (TD20102v)

**Formål:**
At slette et korrektionsbeløb mellem to valutaer.

**Behandling hos centraldeltager:**
Det pengekontoførende institut kan slette allerede etablerede korrektionsbeløb.

Sluttidspunktet skal udfyldes med det tidspunkt, hvorfra den aktuelle sats ikke mere må benyttes. Slutdatoen skal være fremtidig.

Hvis korrektionsbeløbet, som ønskes slettet, har en fremtidig dato kontrolleres det, at korrektionsbeløbet er slettet ellers kontrolleres det, at sluttidspunktet er sat til afslutningen på den indrapporterede dag.

**Behandling i VP:**
Det kontrolleres, at anmelderen er pengekontoførende institut.

Hvis det er et fremtidigt korrektionsbeløb der slettes, benyttes det aktuelle korrektionsbeløb for endnu en periode.

Er det et aktuelt korrektionsbeløb der slettes, og der ikke indrapporteres et nyt beløb, benyttes Finansrådets korrektionbeløb for den næste periode til omregning fra en valuta til danske kroner.

**Uddata:**
Der dannes følgende info-meddelelser:

| | |
|---|---|
| TI20141v | Lukning af valutakorrektion (PK) |
| TI20113v | Lukning af valutakorrektion – Finansrådet (til alle PK) |

## DATAFELTER

| | | |
|---|---|---|
| 02 ANMELDELSE | | |
| | 03 AFSENDER-REFERENCE | O |
| 02 DELTAGER. | | |
| | 03 IDENTIFIKATION | O |



**S**YSTEMVEJLEDNING

| | | |
|---|---|---|
| 02 VALUTA-FRA. (VALUTA) | | |
| 03 ISO-KODE | O | |
| 02 VALUTA-TIL. (VALUTA) | | |
| 03 ISO-KODE | O | |
| 02 VALUTA-KORREKTION. | | |
| 03 STARTTIDSPUNKT | O | |
| 03 SLUTTIDSPUNKT | O | |
| 03 SATS | / | |
| 03 TILLAEG-FRADRAG-KODE | / | |

O = obligatorisk, F = frivillig, / = skal ikke udfyldes

Et frivilligt felt, som ikke er udfyldt, vil automatisk blive udfyldt med default værdien ved modtagelsen i VP. (Se feltbeskrivelserne)

### Forespørgsel på valutakorrektionsbeløb (TR20102v)

**Formål:**
At forespørge på et korrektionsbeløb mellem to valutakurser.

**Behandling hos centraldeltager:**
Alle kan forespørge på Finansrådets korrektionsbeløb. Den enkelte pengekontofører kan kun spørge på egne korrektionsbeløb.

Forespørges der på et specifikt korrektionsbeløb mellem to valutaer, skal starttidspunktet udfyldes. Er starttidspunktet ikke udfyldt, vil det aktuelle korrektionsbeløb blive oplyst.

**Behandling i VP:**
Er der flere korrektionsbeløb mellem to valutaer, og starttidspunktet ikke er angivet, vil det aktuelle korrektionsbeløb blive oplyst i svaret.

**Uddata:**
Svar på forespørgslen.

### DATAFELTER

| | | |
|---|---|---|
| 02 ANMELDELSE | | |
| 03 AFSENDER-REFERENCE | O | |
| 02 DELTAGER. | | |
| 03 IDENTIFIKATION | O | |
| 02 VALUTA-FRA. (VALUTA) | | |
| 03 ISO-KODE | O | |
| 02 VALUTA-TIL. (VALUTA) | | |
| 03 ISO-KODE | O | |
| 02 VALUTA-KORREKTION. | | |
| 03 STARTTIDSPUNKT | O | |
| 03 SLUTTIDSPUNKT | / | |
| 03 SATS | / | |
| 03 TILLAEG-FRADRAG-KODE | / | |

O = obligatorisk, F = frivillig, / = skal ikke udfyldes



**SYSTEMVEJLEDNING**

---

Et frivilligt felt, som ikke er udfyldt, vil automatisk blive udfyldt med default værdien ved modtagelsen i VP. (Se feltbeskrivelserne)

### Renteflytning (TU20103v)

**Formål:**

At flytte rente mellem to værdipapirkonti's pengekonti for provenu. Renteflytningen kan ske, efter at renteberegningen har fundet sted og indtil den 30/12 i det år, hvor renterne indberettes til SKAT.

**Behandling hos centraldeltager:**

Deltageridentifikationen skal være kontoførende institut for værdipapirkontoen eller kontoførende relateret.

I perioden mellem renteberegningen og dannelse af betalingsformidlingen kan renter flyttes med virkning for betalingsformidlingen.

Finder renteflytningen først sted efter betalingsformidlingen, vil flytningen alene få virkning for indberetningen til SKAT.

Er der tale om renter i en anden valuta end basisvalutaen (danske kroner), skal det omregnede beløb i basisvalutaen også angives, hvis flytningen sker efter dispositionsdagen.

Flytning af renter vil for eksempel være nødvendig i de situationer, hvor en handel til afvikling på renteberegningstidspunktet ikke er blevet afviklet som tilsigtet, eller hvor ændring af afkastkontoen på værdipapirkontoen ikke er blevet rettet som tilsigtet.

**Behandling i VP:**

Det kontrolleres, at deltageren har lov til at flytte renten fra værdipapirkontoen.

Renteflytningen opdateres med det samme og får ankomsttiden som retsvirkningstidspunkt.

**Uddata:**

Der dannes følgende info-meddelelser:

| | |
|---|---|
| TI20127v | Renteflytning (KI) |
| TI20177v | Fragang i likviditet (PK) |
| TI20178v | Tilgang i likviditet (PK) |
| TI20182v | Nettopåvirkning i likviditet pr. dispositionsdag (PK) |

**DATAFELTER**

| | |
|---|---|
| **02 ANMELDELSE** | |
|    **03 AFSENDER-REFERENCE** | O |
| **02 AFGIVENDE-KONTO** | |
|    **03 DELTAGER** | |
|       **04 IDENTIFIKATION** | O |
|    **03 VAERDIPAPIRKONTO.** | |
|       **04 NUMMER** | O |
|    **03 BETALINGSSTED.** | |
|       **04 REGISTRERINGSNUMMER** | O |
|    **03 PENGEKONTO-KLASSIFICERING.** | |
|       **04 TYPE** | O |
|    **03 PENGEKONTO-FOR-PROVENU.** | |



**SYSTEMVEJLEDNING**

| | | |
|---|---|---|
| | 04 NUMMER | O |
| 02 MODTAGENDE-KONTO | | |
| 03 DELTAGER. | | |
| | 04 IDENTIFIKATION | O |
| 03 VAERDIPAPIRKONTO. | | |
| | 04 NUMMER | O |
| 03 BETALINGSSTED. | | |
| | 04 REGISTRERINGSNUMMER | F |
| 03 PENGEKONTO-KLASSIFICERING. | | |
| | 04 TYPE | F |
| 03 PENGEKONTO-FOR-PROVENU. | | |
| | 04 NUMMER | F |
| 02 HANDELSPRODUKT. | | |
| 03 ISIN | | O |
| 02 FORFALD-AF-PROVENU. | | |
| 03 FORFALDSDATO | | O |
| 02 VALUTA. | | |
| 03 ISO-KODE | | O |
| 02 PROVENUTYPE. | | |
| 03 KODE | | O |
| 02 PROVENU. | | |
| 03 OMREGNET-BELOEB | | O/F |
| 03 UDBETALT-BELOEB | | O |

O = obligatorisk, F = frivillig, / = skal ikke udfyldes
Et frivilligt felt, som ikke er udfyldt, vil automatisk blive udfyldt med default værdien ved modtagelsen i
VP. (Se feltbeskrivelserne)

### Korrektion af omregnet rente- eller bruttoudbyttebeløb (TC20104v)

**Formål:**
At korrigere et omregnet rente- eller bruttoudbyttebeløb, når den automatisk omregnede værdi i
basisvalutaen (danske kroner) ikke svarer til det faktisk udbetalte beløb.

**Behandling hos centraldeltager:**
Det kontoførende institut og det pengekontoførende institut kan korrigere det omregnede beløb på en
værdipapirkonto.

Deltageridentifikationen skal være kontoførende institut for værdipapirkontoen eller kontoførende
relateret eller pengekontoførende for betalingsstedet, hvor beløbet forfalder til betaling.

Beløbene kan korrigeres efter dispositionsdagen indtil den 30/12 i det år, hvor eventuel indberetning til
Skat foretages.

Korrektionen vil få virkning for indberetningen til SKAT og vil fremgå af årsopgørelsen.

**Behandling i VP:**
Det kontrolleres, at deltageren har lov til at korrigere beløbet på værdipapirkontoen.

**Uddata:**
Der dannes følgende info-meddelelser:

TI20128v         Korrektion af rente og bruttoudbytte (KI, PK)



**SYSTEMVEJLEDNING**

---

**DATAFELTER**

| | |
|---|---|
| 02 DELTAGER. | |
| 03 IDENTIFIKATION | O |
| 02 ANMELDELSE | |
| 03 AFSENDER-REFERENCE | O |
| 02 VAERDIPAPIRKONTO. | |
| 03 NUMMER | O |
| 02 HANDELSPRODUKT. | |
| 03 ISIN | O |
| 02 PROVENUTYPE. | |
| 03 KODE | O |
| 02 FORFALD-AF-PROVENU. | |
| 03 FORFALDSDATO | O |
| 02 BETALINGSSTED. | |
| 03 REGISTRERINGSNUMMER | O |
| 02 PENGEKONTO-KLASSIFICERING. | |
| 03 TYPE | O |
| 02 PENGEKONTO-FOR-PROVENU. | |
| 03 NUMMER | O |
| 02 PROVENU. | |
| 03 OMREGNET-BELOEB | O |

O = obligatorisk,  F = frivillig, / = skal ikke udfyldes

Et frivilligt felt, som ikke er udfyldt, vil automatisk blive udfyldt med default værdien ved modtagelsen i VP. (Se feltbeskrivelserne)


**Etablering af krydskurs for et handelsprodukt (TC20105v)**

**Formål:**
At indrapportere en krydskurs for et handelsprodukt. Benyttes, når rente udbetales i en anden valuta end den, handelsproduktet er udstedt i.

**Behandling hos centraldeltager:**
Det udstedende institut skal indrapportere krydskursen.

Krydskursen skal være større end eller lig med nul.

Krydskurskoden angiver, om krydskursen er fast eller variabel i hele perioden. Er krydskursen fast, bruges den samme krydskurs til alle rentebetalinger, ellers benyttes den krydskurs, der er registreret på renteberegningstidspunktet.

Startdatoen skal være fremtidig eller dags dato. Hvis der er oprettet rentekarakteristika, skal datoen være lig med en startdato i en renteperiode.

Der skal være oprettet en default kontogruppering i den valuta, som der etableres krydskurs i.

Det kontrolleres efterfølgende, at den indrapporterede krydskurs er korrekt.



**SYSTEMVEJLEDNING**

---

**Behandling i VP:**
Krydskursen offentliggøres på etableringstidspunktet eller samtidig med, at handelsproduktet bliver offentliggjort.

Det kontrolleres,
- at handelsproduktet er etableret.
- at krydskursen er større end eller lig med nul.
- at startdatoen er en fremtidig dato eller dags dato. Hvis der er oprettet rentekarakteristika, skal datoen være lig med en startdato i en renteperiode.
- at der er oprettet default kontogruppering i den valuta, der etableres krydskurs i.

**Uddata:**
Der dannes følgende info-meddelelser:

| TI20119v | Etablering af krydskurs for et handelsprodukt (UD) |
| TI20151v | Etablering af krydskurs for et handelsprodukt, kopi (DC) |

**DATAFELTER**

| 02 ANMELDELSE | |
| --- | --- |
| 03 AFSENDER-REFERENCE | O |
| 02 HANDELSPRODUKT | |
| 03 ISIN | O |
| 02 VALUTA. | |
| 03 ISO-KODE | O |
| 02 BETALING-I-ANDEN-VALUTA. | |
| 03 STARTDATO | O |
| 03 KRYDSKURS | O |
| 03 KRYDSKURSKODE | O |

O = obligatorisk, F = frivillig, / = skal ikke udfyldes

Et frivilligt felt, som ikke er udfyldt, vil automatisk blive udfyldt med default værdien ved modtagelsen i VP. (Se feltbeskrivelserne)

**Ændring af krydskurs for et handelsprodukt (TU20105v)**
**Formål:**
At ændre en allerede etableret krydskurs for et handelsprodukt.

**Behandling hos centraldeltager:**
Det udstedende institut kan ændre krydskursen til og med renteperiodens startdato.

Krydskursen skal være større end eller lig med nul.

Startdatoen kan ikke ændres.

Det kontrolleres efterfølgende, at den ændrede krydskurs er korrekt.

**Behandling i VP:**
Det kontrolleres, at handelsproduktet er etableret, og at anmelderen er udsteder af handelsproduktet.



SYSTEMVEJLEDNING

---

Hvis valutaen ændres, kontrolleres det, at der er oprettet en default kontogruppering i den valuta, der ændres til.

Krydskursen offentliggøres på ændringstidspunktet eller samtidig med, at handelsproduktet bliver offentliggjort.

**Uddata:**
Der dannes følgende info-meddelelser:

| | |
|---|---|
| TI20120v | Ændring af krydskurs for et handelsprodukt (UD) |
| TI20152v | Ændring af krydskurs for et handelsprodukt, kopi (DC) |

**DATAFELTER**

| | |
|---|---|
| 02 ANMELDELSE | |
| 03 AFSENDER-REFERENCE | O |
| 02 HANDELSPRODUKT | |
| 03 ISIN | O |
| 02 VALUTA. | |
| 03 ISO-KODE | O |
| 02 BETALING-I-ANDEN-VALUTA. | |
| 03 STARTDATO | O |
| 03 KRYDSKURS | O |
| 03 KRYDSKURSKODE | O |

O = obligatorisk, F = frivillig, / = skal ikke udfyldes

Et frivilligt felt, som ikke er udfyldt, vil automatisk blive udfyldt med default værdien ved modtagelsen i VP. (Se feltbeskrivelserne)

## Sletning af krydskurs for et handelsprodukt (TD20105v)

**Formål:**
At slette en krydskurs for et handelsprodukt.

**Behandling hos centraldeltager:**
Det udstedende institut kan slette krydskursen til og med med næste renteperiodes startdato.

Det kontrolleres efterfølgende, at krydskursen er slettet.

**Behandling i VP:**
Det kontrolleres at handelsproduktet er etableret, og at anmelderen er udsteder af handelsproduktet.

Hvis krydskurs for første renteperiode slettes, kontrolleres det, at der er etableret en default kontogruppering i handelsproduktets udstedelsesvaluta.

Sletningen af krydskursen offentliggøres på slettetidspunktet, hvis handelsproduktet er offentliggjort, ellers ikke.

**Uddata:**
Der dannes følgende info-meddelelser:

| | |
|---|---|
| TI20121v | Sletning af krydskurs for et handelsprodukt (UD) |
| TI20153v | Sletning af krydskurs for et handelsprodukt, kopi (DC) |



**SYSTEMVEJLEDNING**

DATAFELTER

| 02 ANMELDELSE | |
|---|---|
| 03 AFSENDER-REFERENCE | O |
| 02 HANDELSPRODUKT | |
| 03 ISIN | O |
| 02 VALUTA. | |
| 03 ISO-KODE | O |
| 02 BETALING-I-ANDEN-VALUTA. | |
| 03 STARTDATO | O |
| 03 KRYDSKURS | / |
| 03 KRYDSKURSKODE | / |

O = obligatorisk, F = frivillig, / = skal ikke udfyldes

Et frivilligt felt, som ikke er udfyldt, vil automatisk blive udfyldt med default værdien ved modtagelsen i VP. (Se feltbeskrivelserne)

## Forespørgsel på krydskurs for et handelsprodukt (TR20105v)

Formål:
At forespørge på en krydskurs for et handelsprodukt.

Behandling hos centraldeltager:
Alle kan forespørge på krydskursen. Forespørges der på en fortidig eller en fremtidig krydskurs, skal startdatoen angives, ellers oplyses den aktuelle krydskurs.

Behandling i VP:
Er der flere krydskurser for handelsproduktet, og startdatoen ikke er angivet, vil den aktuelle krydskurs blive oplyst i svaret.

Uddata:
Svar på forespørgslen.

DATAFELTER

| 02 ANMELDELSE | |
|---|---|
| 03 AFSENDER-REFERENCE | O |
| 02 HANDELSPRODUKT | |
| 03 ISIN | O |
| 02 VALUTA. | |
| 03 ISO-KODE | O |
| 02 BETALING-I-ANDEN-VALUTA. | |
| 03 STARTDATO | O |
| 03 KRYDSKURS | / |
| 03 KRYDSKURSKODE | / |

O = obligatorisk, F = frivillig, / = skal ikke udfyldes

Et frivilligt felt, som ikke er udfyldt, vil automatisk blive udfyldt med default værdien ved modtagelsen i VP. (Se feltbeskrivelserne)



**SYSTEMVEJLEDNING**

---

Forespørgsel på valuta notering (TR20106v)

**Formål:**
At forespørge på en valuta notering.

**Behandling hos centraldeltager:**
Alle kan forespørge på valuta notering.

Ved udfyldelse af basis valuta og den ønskede valuta vises senest  registrerede valuta notering.

Der kan bladres tilbage til foregående noteringstidspunkt for denne valuta notering.

**Behandling i VP:**
Er der flere valuta noteringer, og noteringstidspunktet ikke er angivet, vil den aktuelle valuta notering blive oplyst.

**Uddata:**
Svar på forespørgslen.

**DATAFELTER**

| 02 DELTAGER | |
|---|---|
| 03 IDENTIFIKATION | F |
| 02 VALUTA | |
| 03 ISO-KODE | O |
| 02 VALUTA | |
| 03 ISO-KODE | O |
| 02 VALUTA-NOTERING | |
| 03 NOTERINGSTIDSPUNKT | / |
| 03 KURS | / |

O = obligatorisk, F = frivillig, / = skal ikke udfyldes

Et frivilligt felt, som ikke er udfyldt, vil automatisk blive udfyldt med default værdien ved modtagelsen i VP. (Se feltbeskrivelserne)

Forespørgsel på indeksfaktor (TR20107v)

**Formål:**
At forespørge på indeks - og korrektionsfaktor på indekspapirer.

**Behandling hos centraldeltager:**
Alle kan forespørge på indeks- og korrektionsfaktor. Spørges der på en fortidig eller en fremtidig indeks-og korrektionsfaktor, kan startdatoen for disse angives. Der kan bladres til ønsket indeks- og korrektionsfaktors startperiode.

**Uddata:**
Svar på forespørgslen.

**DATAFELTER**

| 02 INDEKSTYPE. | |
|---|---|
| 03 NUMMER | O |
| 02 INDEKS. | |
| 03 TIDSPUNKT | F |

SYSTEMVEJLEDNING

| | 03 FAKTOR | F |
| | 03 KORREKTIONSFAKTOR | F |

O = obligatorisk, F = frivillig, / = skal ikke udfyldes

Et frivilligt felt, som ikke er udfyldt, vil automatisk blive udfyldt med default værdien ved modtagelsen i VP. (Se feltbeskrivelserne)

## Forespørgsel på provenu (TR20113v)

**Formål:**
At forespørge på provenu tilknyttet en værdipapirkonto.

**Behandling hos centraldeltager:**
Det kontoførende institut kan forespørge på provenuet, efter at det er beregnet, og indtil det slettes fra værdipapirkontoen.

**Uddata:**
Der dannes følgende info-meddelelser:

TI20155v                   Svar på forespørgsel, provenu (KI)

## DATAFELTER

| 02 ANMELDELSE. | |
| 03 AFSENDER-REFERENCE | O |
| 02 DELTAGER. | |
| 03 IDENTIFIKATION | O |
| 02 VAERDIPAPIRKONTO. | |
| 03 NUMMER | O |
| 02 HANDELSPRODUKT. | |
| 03 ISIN | O |
| 02 PROVENUTYPE. | |
| 03 KODE | O |
| 02 FORFALD-AF-PROVENU. | |
| 03 FORFALDSDATO | F |

O = obligatorisk, F = frivillig, / = skal ikke udfyldes

Et frivilligt felt, som ikke er udfyldt, vil automatisk blive udfyldt med default værdien ved modtagelsen i VP. (Se feltbeskrivelserne)

## Forespørgsel på provenubevægelser (TR20114v)

**Formål:**
At forespørge på provenubevægelser foretaget på en værdipapirkonto.

**Behandling hos centraldeltager:**
Det kontoførende institut kan forespørge på provenubevægelser på en værdipapirkonto indtil provenuet er slettet.

**Uddata:**
Der dannes følgende info-meddelelser:



**SYSTEMVEJLEDNING**

TI20156v           Svar på forespørgsel, provenubevægelser (KI)

**DATAFELTER**

| 02 ANMELDELSE. | |
|---|---|
| 03 AFSENDER-REFERENCE | O |
| 02 DELTAGER. | |
| 03 IDENTIFIKATION | O |
| 02 VAERDIPAPIRKONTO. | |
| 03 NUMMER | O |
| 02 HANDELSPRODUKT. | |
| 03 ISIN | O |
| 02 FORFALD-AF-PROVENU. | |
| 03 FORFALDSDATO | O |
| 02 PROVENUTYPE. | |
| 03 KODE | O |

O = obligatorisk, F = frivillig, / = skal ikke udfyldes

Et frivilligt felt, som ikke er udfyldt, vil automatisk blive udfyldt med default værdien ved modtagelsen i VP. (Se feltbeskrivelserne)

## Kontogrupperinger

**Kontogruppering, generelt.**
Det udstedende institut der udsteder obligationer, skal for hver valuta etablere en default kontogruppering for henholdsvis rente og udtrukne andele (kontotype), som provenuet skal afregnes i. Kontogrupperinger skal være oprettet inden VP foretager renteberegning eller udtrækning.

Derudover kan der etableres ikke-default kontogrupperinger for de valutaer og kontotyper (udtrækning, rente), som instituttet i forvejen har etableret en default kontogruppering for.

For ikke-default kontogruppering kan der angives en periode, som kontogrupperingen skal gælde for. For default kontogruppering skal der angives en startdato lig dagsdato, men slutdatoen må ikke angives.

VP anvender den kontogruppering, som har den samme valuta som provenuet skal afregnes i for den pågældende kontotype (udtrækning, rente).

Ikke-default kontogruppering anvendes for de handelsprodukter der er tilknyttet denne, hvis startdatoen er nået og slutdatoen endnu ikke er nået.

I alle andre tilfælde vil default kontogruppering blive anvendt.

Et handelsprodukt kan kun tilknyttes en ikke-default kontogruppering, hvis det ikke i forvejen er tilknyttet en anden ikke-default kontogruppering i samme valuta og kontotype som dækker samme eller en del af perioden.

Handelsproduktet skal tilknyttes pr. kontotype (udtrækning, rente) i den valuta provenuet skal afregnes i.

SYSTEMVEJLEDNING

Ønskes en default kontogruppering erstattet af en ny default kontogruppering, etableres den nye som default kontogruppering. Den eksisterende default kontogruppering bliver automatisk ændret til en ikke-default.

Eksempel på kontogruppering.
Eksempel nr. 1



I dette eksempel tilknyttes handelsproduktet til kontogruppering nr. 2 og nr. 4. Systemet giver ikke adgang til at tilknytte handelsproduktet til kontogruppering nr. 3 fordi der er overlappende perioder (kontogruppering nr. 2 og nr. 3).

Handelsproduktets udstedelsesvaluta er i DKK, renten og udtrukne andele skal afregnes i DKK.

Ved renteberegning og ved dannelse af betalingsformidlingsgrundlag for udtrækning anvendes følgende kontogrupperinger:
- termin    1.4.x0, anvendes kontogruppering nr. 1.
- termin    1.7.x0, anvendes kontogruppering nr. 2.
- termin    1.10.x0, anvendes kontogruppering nr. 1.
- termin    1.1.x1 og fremover anvendes kontogruppering nr. 4.

Eksempel nr. 2

SYSTEMVEJLEDNING



I dette eksempel tilknyttes handelsproduktet til kontogruppering nr. 3, nr. 4 og nr. 5.

Handelsproduktets udstedelsesvaluta er i DKK og renten skal afregnes i NOK den 1.10.x0. Der er etableret krydskurs gældende fra 1.7.x0 og fremover.

Ved renteberegning anvendes følgende kontogrupperinger:
- termin 1.4.x0, anvendes kontogruppering nr. 1.
- termin 1.7.x0, anvendes kontogruppering nr. 3.
- termin 1.10.x0, anvendes kontogruppering nr. 2. [*)]
- termin 1.1.x1 og fremover anvendes kontogruppering nr. 5.

### Etablering af kontogruppering (TC20110v)

Formål:
At etablere en gruppe af konti med tilhørende procentfordeling til brug for en periodisk betaling af rente eller af udtrukne andele.

---

[*)] Er der overlappende perioder mellem to kontogrupperinger, vil VP anvende den kontogrupperingen som renten skal afregnes i.



SYSTEMVEJLEDNING

---

**Behandling hos centraldeltager:**
Der kan kun tilknyttes én valuta pr. kontogruppering, og alle debetkonti, der tilknyttes skal have samme valuta som kontogrupperingen. Procenten for hver debetkonto skal angives, og summen skal være 100%.

Det vil være den eller de debetkonto(i) som udstederen har registreret i VP, der kan anvendes i henhold til udstederens aftaleforhold med VP.

Identifikationen af en kontogruppering skal være entydig hos udstederen og vælges af udstederen selv.

Der kan kun etableres én kontogruppering med koden default pr. kontotype (udtrækning, rente) pr. valuta.

**Kun for rente:**
Ved etablering af kontogruppering, kan der ske ændring til de beregnede provenuer, som endnu ikke er betalingsformidlet. Dette er nærmere beskrevet i afsnit 2.

Der kan ikke angives slutdato på en default kontogruppering.

For default kontogruppering skal startdato være dags dato. For ikke-default kontogruppering skal startdato være dags dato eller en fremtidig dato.

**Behandling i VP:**
Det kontrolleres,
- at der er etableret en default kontogruppering med samme kontotype (udtrækning, rente) og med samme valuta når en ikke-default kontogruppering skal etableres.
- at debetkonti, der tilknyttes en kontogruppering, har samme valuta som kontogrupperingen.
- at startdato er dags dato for en default kontogruppering.
- at startdato er dags dato eller en fremtidig dato for en ikke-default kontogruppering.
- at slutdatoen ikke er angivet for en default kontogruppering.
- at summen af procenter for indrapporterede kontoreferencenumre er 100%.

**Uddata:**
Der dannes følgende info-meddelelser:

| | |
|---|---|
| TI20122v | Etablering af kontogruppering (UD) |
| TI20123v | Ændring af kontogruppering (UD) |
| TI20136v | Pengetræk pr. debetkonto i en kontogruppe (UD) |
| TI20107v | Tilgang i likviditet på en debetrentekonto (PK) |
| TI20168v | Fragang i likviditet på en debetrentekonto (PK) |
| TI20182v | Nettopåvirkning i likviditet pr. afviklingskørsel (PK) |

**DATAFELTER**

| | |
|---|---|
| 02 ANMELDELSE | |
| 03 AFSENDER-REFERENCE | O |
| 02 DELTAGER | |
| 03 IDENTIFIKATION | O |
| 02 KONTOGRUPPERING. | |
| 03 IDENTIFIKATION | O |
| 03 KODE | F 1) |
| 03 STARTDATO | O |
| 03 SLUTDATO | F 2) |
| 02 KONTO-TYPE. | |



SYSTEMVEJLEDNING

| | | |
|---|---|---|
| | 03 KODE | O |
| 02 VALUTA. | | |
| | 03 ISO-KODE | O |
| 02 KONTOGRUPPE  (20 forekomster) | | |
| | 03 BETALINGSSTED. | |
| | 04 REGISTRERINGSNUMMER | O |
| | 03 KONTO-REFERENCE. | |
| | 04 NUMMER | O |
| | 03 PROCENTFORDELING-PAA-KONTI. | |
| | 04 PROCENT | O |

O = obligatorisk,  F = frivillig, / = skal ikke udfyldes

Et frivilligt felt, som ikke er udfyldt, vil automatisk blive udfyldt med default værdien ved modtagelsen i VP. (Se feltbeskrivelserne)

1)     Feltet er obligatorisk, hvis der ikke er etableret en default kontogruppering med samme kontotype og med samme valuta.

2)     Må ikke udfyldes for en default kontogruppering.


Ændring af kontogruppering (TU20110v)

Formål:
At ændre en kontogruppering for rente eller udtrukne andele.

Behandling hos centraldeltager:
Det udstedende institut kan ændre sammensætning af debetkonti, procentfordeling, kontogrupperingskode. Der udover kan start- og slutdato ændres for ikke-default kontogrupperinger.

Nye debetkonti kan tilføjes, hvis summen af procenter er 100.

Hvis en debetkonto skal ændres til en anden debetkonto, skal procentsatsen for den debetkonto, som skal udgå, ændres til 0. Den ny debetkonto tilføjes. Herefter kan debetkontoen med procentsatsen 0 fjernes ved at anvende transaktionen "Fjern debetkonti fra kontogruppering".

Kun for rente:
Ved ændring af kontogruppering, kan der ske ændring til de beregnede provenuer, som endnu ikke er betalingsformidlet. Dette er nærmere beskrevet i afsnit 3.

For en default kontogruppering må startdatoen ikke ændres og slutdatoen må ikke udfyldes.
For ikke-default kontogruppering skal startdato være dags dato eller en fremtidig dato.

Procenten for hver konto skal angives, og summen skal være 100%.

Oplysningerne på en kontogruppering kan ikke ændres når slutdatoen er nået.
Kontogrupperingskode kan ændres fra ikke-default til default, men ikke fra default til ikke-default.

Behandling i VP:
Det kontrolleres,
• at debetkonti der tilknyttes en kontogruppering har samme valuta som kontogrupperingen.
• at startdato ikke er ændret for en default kontogruppering.
• at startdato er dags dato eller en fremtidig dato for en ikke-default kontogruppering.