# Exhibit 3, Part 28

**Exhibit 4**

Privileged & Confidential

| Evidence Ref | Custodian | Search Order | Office area reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DB246A01 | Stephania Paun | First Search Order - Premises | Floor | Desktop | ELYPC05 | Dell | Optiplex 7040 | 1B75D82 | Sandisk | SSD | 154608404274 | 240.00 | 2018/06/28 |
| DB246A02 | Natalia Vereniklina | First Search Order - Premises | Floor | Desktop | ELYPC02 | Dell | Optiplex 7040 | 6C75D82 | Sandisk | SSD | 154779401317 | 240.00 | 2018/06/28 |
| DB246A03 | Unknown | First Search Order - Premises | Floor | Desktop | ELYPC06 | Dell | Optiplex 7040 | B975D82 | Sandisk | SSD | 154607406226 | 240.00 | 2018/06/28 |
| DB246A04 | Ulkar Tagieva | First Search Order - Premises | Floor | Desktop | ELYPC04 | Dell | Optiplex 7040 | GH75D82 | Sandisk | SSD | 154924400295 | 240.00 | 2018/06/28 |
| DB246A05 | Sandesh Dhomne | First Search Order - Premises | Floor | Desktop | ELYPC09 | Dell | Optiplex 7040 | SH75D82 | Sandisk | SSD | 154711400405 | 240.00 | 2018/06/28 |
| DB246A06 | Sandesh Dhomne | First Search Order - Premises | Floor | Pen Drive | N/A | N/A | N/A | N/A | Teka | ProductCode | 9207133SD24913175 | 8.00 | 2018/06/28 |
| DB246A07 | Rashmi Raju | First Search Order - Premises | Floor | Desktop | ELYPC01 | Dell | Optiplex 7040 | 6875D82 | Sandisk | SSD | 154607406118 | 240.00 | 2018/06/28 |
| DB246A08 | Claudia | First Search Order - Premises | Floor | Laptop | ELYLPT03 | Asus | UX303L | EAN0CI0771443H 12M | Seagate | ST500LM000-1EJ1 | W760GTT6 | 500.00 | 2018/06/28 |
| DB246A09 | Nagris (intern) | First Search Order - Premises | Floor | Desktop | EQU-MAC2 | Apple | MAC All in one | C02QV189GG7N | Apple | SSD | S2PBNYAGB64490 | 2000.00 | 2018/06/28 |
| DB246A10 | Nicola Monteath | First Search Order - Premises | Floor | Laptop | EQU-MAC5 | Apple | Macbook Pro | C02T329XGTFA | Apple | SSD | C02701302NAHCGX18 | 500.00 | 2018/06/28 |
| DB246A11 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | External HDD | N/A | N/A | N/A | N/A | Seagate | HDD - Backup Plus | NA758CNP | 1000.00 | 2018/06/28 |
| DB246A12 | Odilaine Mejorado | First Search Order - Premises | Floor | Desktop | EQU-MAC4 | Apple | MAC All in one | C02QW0CZGG7N | Apple | SSD | S2PBNYAGB55225 | 2000.00 | 2018/06/28 |
| DB246A13 | Marta Lis | First Search Order - Premises | Floor | Desktop | ELYPC12 | Dell | Optiplex 7040 | HB75D82 | Sandisk | SSD | 254607406101 | 240.00 | 2018/06/28 |
| DB246A14 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Desktop | ELYPC08 | Dell | Optiplex 7040 | 2H75D82 | Sandisk | SSD | 154976403145 | 240.00 | 2018/06/28 |
| DB246A15 | Mark Fernandes | First Search Order - Premises | Center offi | Desktop | ELYPC03 | Dell | Optiplex 7040 | BC75D82 | Sandisk | SSD | 154608404292 | 240.00 | 2018/06/28 |
| DB246A16 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Laptop | ELYLPT083 / ELYLPT22 | Asus | UX303L | EC N0CJ142687524 12M | HGST | HDD | S0D000S N6672PF | 1000.00 | 2018/06/28 |
| DB246A17 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | N/A | Apple | iPhone 7 Plus | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| DB246A18 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | N/A | Apple | iPhone 5s / iPhone SE | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| DB246A19 | Volha Marazoukya | First Search Order - Premises | Floor | Desktop | ELYPC010 | Dell | Optiplex 7040 | 7K75D82 | Sandisk | SSD | 154608404269 | 240.00 | 2018/06/28 |
| DB246A20 | Natalia Vereniklina | First Search Order - Premises | Floor | Pen Drive | N/A | N/A | N/A | N/A | Kingston | DTSE9 G2 | 9B4FDAE18E09 | 16.00 | 2018/06/28 |
| DB246A21 | Puja Tiwari | First Search Order - Premises | Floor | Desktop | EQU-MAC3 | Apple | MAC All in one | C02QV2C2GG7N | Apple | SSD | S2PBNYAGB37310 | 2000.00 | 2018/06/28 |
| DB246A22 | Usha Shah | First Search Order - Premises | HR Room | Desktop | ELYPC07 | Dell | Optiplex 7040 | 4875D82 | Sandisk | SSD | 154773402403 | 240.00 | 2018/06/28 |
| DB246A23 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | DVD | N/A | N/A | N/A | N/A | Imation | DVD-R | N/A | 4.70 | 2018/06/28 |
| DB246A24 | Wali Anwar | First Search Order - Premises | Floor | Desktop | ELYPC011 | Dell | Optiplex 7040 | BG75D82 | Sandisk | SSD | 154976403825 | 240.00 | 2018/06/28 |
| DB246A25 | Natalia Vereniklina | First Search Order - Premises | Floor | Laptop | ELYLPT15 | Sony | VAIO / SVP132A1CM | 54626018-0003061 / Service | N/A | SSD | S15YNVAD623861 | 120.00 | 2018/06/28 |
| DB246A26 | Sanjay Shah | First Search Order - Premises | Floor | Dropbox | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| DB246A28 | Unknown | First Search Order - Premises | Floor | Desktop | EQU-MAC1 | Apple | MAC All in one | C02QW2URGG7N | Apple | SSD | S2PBNYAGB73008 | 2000.00 | 2018/07/01, 2018/07/03 |
| DB246A29 | Unknown | First Search Order - Premises | Storage Cal | Desktop | N/A | Apple | MAC Mini | C07H71ABDJD1 | Hitachi / Ap | HDD | J22600S1HH2P1C | 500.00 | 2018/07/01 |
| DB246A22 | Unknown | First Search Order - Premises | Storage Cal | Desktop | N/A | Apple | MAC Mini | C07HC1P7DJD1 | Toshiba / Ap | HDD | 12DXT65RT | 500.00 | 2018/07/01 |
| DB246A32 | Unknown | First Search Order - Premises | Floor | DVD | iosi AR465115 | N/A | N/A | N/A | Unknown | Unknown | N/A | 4.70 | 2018/07/01 |
| DB246A33 | Unknown | First Search Order - Premises | Storage Cal | Laptop | ELYLPT02 | Asus | UX303L | EAN0CI077203439 12M | Seagate | ST500LM000-1EJ1 | W760GWZC | 500.00 | 2018/07/02 |
| DB246A34 | Unknown | First Search Order - Premises | Storage Cal | Laptop | ELYLPT08 | Asus | UX303L | ECN0CJ148801011E 12M | N/A | N/A | N/A | 1000.00 | 2018/07/02 |
| DB246A40 | Unknown | First Search Order - Premises | Storage Cal | Laptop | EQU-MAC5 | Apple | Macbook Pro - A1707 | C02T32C3GTFM | Apple | SSD | SM0512L | 500.00 | 2018/07/02 |
| DB246A41 | Natalia Vereniklina | First Search Order - Premises | | Office 365 | | N/A | N/A | N/A | N/A | N/A | N/A | 13.00 | 2018/07/02 |
| DB246A41 | Unknown | First Search Order - Premises | | Office 365 | admin@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.45 | 2018/07/02 |
| DB246A41 | Unknown | First Search Order - Premises | | Office 365 | asset@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.18 | 2018/07/02 |
| DB246A41 | Unknown | First Search Order - Premises | | Office 365 | catchall@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.06 | 2018/07/02 |
| DB246A41 | Sanjay Shah | First Search Order - Premises | | Office 365 | ceo@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.19 | 2018/07/02 |
| DB246A41 | Unknown | First Search Order - Premises | | Office 365 | cfo@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.44 | 2018/07/02 |
| DB246A41 | Mark Fernandes | First Search Order - Premises | | Office 365 | consultant@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.63 | 2018/07/02 |
| DB246A41 | Usha Shah | First Search Order - Premises | | Office 365 | director@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 2.70 | 2018/07/02 |
| DB246A41 | Sandesh Dhomne | First Search Order - Premises | | Office 365 | fd@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 2.20 | 2018/07/02 |
| DB246A41 | Rashmi / Volha / Mai | First Search Order - Premises | | Office 365 | Finance@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 1.90 | 2018/07/02 |
| DB246A41 | Wali Anwar | First Search Order - Premises | | Office 365 | IT@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/02 |
| DB246A41 | Unknown | First Search Order - Premises | | Office 365 | HR@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/07/02 |
| DB246A41 | Stephania Paun / Ulk | First Search Order - Premises | | Office 365 | Legal@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 3.30 | 2018/07/02 |
| DB246A41 | Unknown | First Search Order - Premises | | Office 365 | od@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.65 | 2018/07/02 |
| DB246A42 | Wali Anwar | First Search Order - Premises | Floor | Laptop | ELYLPT06 | Asus | UX303L | F1N0CJ155000505A 12M | HGST | HDD | S0A000SG9NT8K | 5.82 | 2018/07/02 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.30 | 2018/07/02 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/02 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.30 | 2018/07/02 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.13 | 2018/07/02 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1000.00 | 2018/07/02 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.11 | 2018/07/02 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.33 | 2018/07/02 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 156.00 | 2018/07/02 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.46 | 2018/07/10 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.23 | 2018/07/10 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.20 | 2018/07/10 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 12.40 | 2018/07/10 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.13 | 2018/07/15 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.24 | 2018/07/10 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.00 | 2018/07/12 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| DB246A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.66 | 2018/07/15 |

**Privileged & Confidential**

| Evidence Ref | Custodian | Search Order | Office area reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DB246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| DB246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.05 | 2018/07/12 |
| DB246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| DB246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.15 | 2018/07/15 |
| DB246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/12 |
| DB246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.39 | 2018/07/15 |
| DB246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| DB246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| DB246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| DB246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 87.00 | 2018/07/18 |
| DB246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 89.90 | 2018/07/04 |
| DB246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.28 | 2018/07/19 |
| DB246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.08 | 2018/07/18 |
| DB246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.03 | 2018/07/18 |
| DB246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.15 | 2018/07/19 |
| DB246A44 | Unknown | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WXE1E551C5U5 | 1000.00 | 2018/08/14 |
| DB246A45 | Unknown | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WX81A75EZXLJ | 1000.00 | 2018/07/17 |
| DB246A46 | Unknown | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WXF1E6526KJ7 | 3000.00 | 2018/07/17 (failed) |
| DB246A47 | Unknown | First Search Order - Premises | - | External HDD - MimeCast email archives | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WXD1E55CCP1E | 1000.00 | 2018/07/25 |
| DB246A48 | Sanjay Shah | Remote Server Collection | - | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 9.24 | 2018/08/26 |
| DB246A48 | Mark Fernandes | Remote Server Collection | - | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.56 | 2018/08/26 |
| DB246A48 | Usha Shah | Remote Server Collection | - | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.43 | 2018/08/26 |
| DB246A48 | Sandesh Dhomme | Remote Server Collection | - | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.11 | 2018/08/26 |
| DB246A48 | Wali Anwar | Remote Server Collection | - | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.88 | 2018/08/26 |
| DB246A48 | Unknown_Admin | Remote Server Collection | - | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.35 | 2018/08/16 |
| DB246A48 | Unknown_Asset | Remote Server Collection | - | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 8.24 | 2018/08/19 |
| DB246A48 | Unknown_Catchall | Remote Server Collection | - | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.29 | 2018/08/26 |
| DB246A48 | Unknown_CFO | Remote Server Collection | - | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.13 | 2018/08/26 |
| DB246A48 | Unknown_Finance | Remote Server Collection | - | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 10.20 | 2018/08/27 |
| DB246A48 | Unknown_HR | Remote Server Collection | - | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.85 | 2018/08/26 |
| DB246A48 | Unknown_Legal | Remote Server Collection | - | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.16 | 2018/08/27 |
| DB246A48 | Unknown_OD | Remote Server Collection | - | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/08/27 |
| DB246A49 | Sanjay Shah | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 18.33 | 2018/09/25 |
| DB246A49 | Mark Fernandes | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.09 | 2018/09/25 |
| DB246A49 | Usha Shah | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.55 | 2018/09/25 |
| DB246A49 | Sandesh Dhomme | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.82 | 2018/09/25 |
| DB246A49 | Wali Anwar | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.26 | 2018/09/25 |
| DB246A49 | Unknown_Admin | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 3.87 | 2018/09/25 |
| DB246A49 | Unknown_Asset | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.87 | 2018/09/25 |
| DB246A49 | Unknown_Catchall | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.72 | 2018/09/25 |
| DB246A49 | Unknown_CFO | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/09/25 |
| DB246A49 | Unknown_Finance | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.94 | 2018/09/25 |
| DB246A49 | Unknown_HR | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.09 | 2018/09/25 |
| DB246A49 | Unknown_Legal | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.33 | 2018/09/25 |
| DB246A49 | Unknown_OD | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.49 | 2018/09/25 |
| DB246D01 | Philip Punwar | Provided by Legal Counsel | - | Loose files | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 11.79 | 2018/07/24 |
| DB246D02 | Multiple | First Search Order - Premises | - | Backup and BIOS Cloud data & VMs content | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1621.00 | 2018/07/24 |
| DB246V01 | Multiple | Remote Server Collection | - | DocCept DMS | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 500.00 | 2018/10/03 |
| DB246V02 | Multiple | Remote Server Collection | - | VM Export (Elysium-DC.elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 6800.00 | 2018/10/03 |
| DB246V03 | Multiple | Remote Server Collection | - | Sage Server (ely-sagesvr.elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 931.00 | 2018/09/06 |
| DB246V04 | Multiple | Remote Server Collection | - | Google Drive | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1331.20 | 2018/10/03 |

**Exhibit 5**