UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 1:19-cv-01813. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**STIPULATION AND [PROPOSED] ORDER OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)**

WHEREAS Plaintiff Skatteforvaltningen ("SKAT") has asserted claims against Defendant Michael Ben-Jacob ("Ben-Jacob") in the action titled *SKAT v. Sternway Logistics LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01813;

WHEREAS SKAT and Ben-Jacob have now entered into a settlement agreement resolving those claims;

WHEREAS SKAT wishes to voluntarily dismiss with prejudice Ben-Jacob from *SKAT v. Sternway Logistics LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01813, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own costs;

WHEREAS the dismissal is not intended to affect any of the claims asserted against Defendants Sternway Logistics LLC Roth 401(K) Plan, Robin Jones, Robert Klugman, John van Merkensteijn, RAK Investment Trust, or Omineca Trust in the action captioned *SKAT v. Sternway Logistics LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01813, or any other action;

IT is therefore STIPULATED AND AGREED that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Ben-Jacob is dismissed with prejudice from the action *SKAT v.*

*Sternway Logistics LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01813, with each party to bear its own costs; and

IT is further STIPULATED AND AGREED that SKAT's claims against Defendants Sternway Logistics LLC Roth 401(K) Plan, Robin Jones, Robert Klugman, John van Merkensteijn, RAK Investment Trust, and Omineca Trust remain active in the action captioned *SKAT v. Sternway Logistics LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01813.


Dated: New York, New York
December 15, 2024


| By: /s/ *Marc A. Weinstein* | By: /s/ *Thomas E.L. Dewey* |
|---|---|
| Marc A. Weinstein | Thomas E.L. Dewey |
| HUGHES HUBBARD & REED LLP | DEWEY, PEGNO & KRAMARSKY, LLP |
| One Battery Park Plaza | 777 Third Avenue |
| New York, New York 10004-1482 | New York, NY 10017 |
| Telephone: (212) 837-6000 | Telephone : (212) 943-4325 |
| Fax: (212) 422-4726 | Fax : (212) 943-4325 |
| marc.weinstein@hugheshubbard.com | tdewey@dpklaw.com |
| | |
| *Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)* | *Counsel for Defendant Michael Ben-Jacob* |


SO ORDERED:

_____
Lewis A. Kaplan
United States District Judge